# INDEX

A.    Notice to State

B.    Complaint

C.    Copies of All Filings Underlying this Action

D.    Notice of Service of Process

E.    Secretary of State print out

# INDEX