EXHIBIT A

**NOTC**
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
AMY THOMPSON, ESQ., Bar # 11907
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:  rgrandgenett@littler.com
            athompson@littler.com
            kstegall@littler.com

Attorneys for Defendant
FRONTIER AIRLINES, INC.

Ross C. Goodman, Esq. (7722)
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com
*Attorney for Defendant, Benjamin Wood*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NICOLE GREENE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>Defendants. | Case No.  A-20-809599-C<br><br>Dept. 18<br><br>**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

**TO THE EIGHTH JUDICIAL DISTRICT COURT:**

PLEASE TAKE NOTICE that Defendants FRONTIER AIRLINES, INC., and BENJAMIN WOOD (collectively "Defendant") filed a Notice of Removal of the above-referenced matter in the Office of the Clerk of the United States District Court in and for the District of Nevada.  A true and

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  correct copy of the notice and accompanying exhibits is attached and incorporated as **Exhibit A**.

2  PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal, together with a copy of the notice with the Clerk of this Court, effectuates the removal of this action in accordance with 28 U.S.C. §§ 1332, 1441(b), and 1446.

Dated:  May 6, 2020.

Respectfully submitted,

_____
ROGER L. GRANDGENETT II, ESQ.
AMY THOMPSON, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
FRONTIER AIRLINES, INC.

/s/ *Ross C. Goodman, Esq.*
ROSS C. GOODMAN, ESQ. (7722)
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101

*Attorney for Defendant Benjamin Wood*

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169.  On May 6, 2020, I served the within document(s):

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

☒   Via **Electronic Service** - pursuant to N.E.F.C.R Administrative Order: 14-2.

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Kang & Associates, PLLC
6480 West Spring Mountain Road
Suite 1
Las Vegas, NV 89146

Attorney for Plaintiff
Nicole Greene

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2020, at Las Vegas,

/s/ Maribel Rodriguez
Maribel Rodriguez

4815-5369-0810.1 057446.1028

3.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800