EXHIBIT C

Electronically Filed
1/31/2020 3:27 PM
Steven D. Grierson
CLERK OF THE COURT

**DMJT**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*

CASE NO: A-20-809599-C
Department 18

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NICOLE GREENE, an Individual; | Case No.: |
| Plaintiff, | Dept. No.: |
| vs. | |
| BENJAMIN WOOD, an Individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive; | |
| Defendants. | |

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Nevada Rules of Civil Procedure, Plaintiff hereby demands a jury trial of all of the issues in the above matter.

///
///
///
///
///
///
///
///
///

*KANG & ASSOCIATES, PLLC.*
*6480 W SPRING MOUNTAIN RD., STE 1*
*LAS VEGAS, NV 89146*

*1 |Greene DMJT*

Dated this _31_ of January 2020.

                                        KANG & ASSOCIATES, PLLC

                                        PATRICK W. KANG, ESQ.
                                        Nevada Bar No.: 010381
                                        KYLE R. TATUM, ESQ.
                                        Nevada Bar No.: 013264
                                        6480 W. Spring Mountain Rd., Ste. 1
                                        Las Vegas, NV 89146
                                        702.333.4223
                                        *Attorneys for Plaintiff*

KANG & ASSOCIATES, PLLC.
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

Electronically Filed
1/31/2020 3:27 PM
Steven D. Grierson
CLERK OF THE COURT

1  **IAFD**
**PATRICK W. KANG, ESQ.**
2  Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
3  Nevada Bar No.: 13264
**KANG & ASSOCIATES, PLLC**
4  6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
5  P: 702.333.4223
F: 702.507.1468
6

7  *Attorneys for Plaintiff*

**CASE NO: A-20-809599-C**
**Department 18**

8
**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
9

10  NICOLE GREENE, an Individual;                         Case No.:
                                                         Dept. No.:
11          Plaintiff,

12  vs.

13  BENJAMIN WOOD, an Individual; and
FRONTIER AIRLINES, INC., a Foreign
14  Corporation; DOES 1 through 20, inclusive;
ROE CORPORATIONS, 1 through 20,
15  inclusive;

16          Defendants.

17  <u>**INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)**</u>

18          Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for

19  parties appearing in the above entitled action as indicated below:

19  ///

20  ///

21  ///

21  ///

22  ///

23  ///

24  ///

25  ///

KANG & ASSOCIATES, PLLC.
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

1 |*Greene IAFD*

NICOLE GREEN                                          $270.00

TOTAL REMITTED: (Required)                           $270.00

Dated this ___ of January 2020.


                              **KANG & ASSOCIATES, PLLC**


                              **PATRICK W. KANG, ESQ.**
                              Nevada Bar No.: 010381
                              **KYLE R. TATUM, ESQ.**
                              Nevada Bar No.: 013264
                              6480 W. Spring Mountain Rd., Ste. 1
                              Las Vegas, NV 89146
                              702.333.4223
                              *Attorneys for Plaintiff*

Electronically Filed
4/6/2020 10:00 AM
Steven D. Grierson
CLERK OF THE COURT

**MFW**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NICOLE GREENE, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an Individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>Defendants. | Case No.:  A-20-809599-C<br>Dept. No.: 18<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW the undersigned and moves this Honorable Court for an Order allowing them to Withdraw as Counsel for the Plaintiff, Nicole Greene, in the above-entitled matter.

...

...

...

...

*1 |Greene*

This motion is made and based upon the pleadings and records on file, Points and Authorities and upon the Declaration of Kyle R. Tatum, Esq. attached hereto by this reference and made a part hereof.


DATED this ___3___ Day of April 2020.


                                        **KANG & ASSOCIATES, PLLC**


                                        ___s/ Kyle R. Tatum, Esq._____
                                        **PATRICK W. KANG, ESQ.**
                                        Nevada Bar No.: 010381
                                        **KYLE R. TATUM, ESQ.**
                                        Nevada Bar No.: 013264
                                        6480 W. Spring Mountain Rd., Suite 1
                                        Las Vegas, NV 89146
                                        (702) 333-4223
                                        *Attorneys for Plaintiff Nicole Greene*

KANG & ASSOCIATES, PLLC.
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

## POINTS AND AUTHORITIES

### A. Motion to Withdraw Should Be Granted.

Rule 7.40(b) of the Rules of Practice of the Eighth Judicial District Court states that the Court can enter an Order allowing withdrawal of an attorney. Local Rule 7.40(b) additionally requires that the attorney include in a Declaration the last known address and last known telephone number at which the client may be served with notice of further proceedings in the case where the application for withdrawal is granted and that applications for withdrawal shall be granted unless it would delay the trial or hearing of other matters in the case.

Rule 150 of the Nevada Supreme Court Rules (1986) specifically adopts the American Bar Association Model Rules of Professional Conduct (NRPC) 1.16(b)(6) and 1.16 (b)(7) of the NRPC states that an attorney may be allowed to withdraw from employment:

> A lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if...
>
> (1) The representation will result in violation of the Rules of Professional Conduct or other law;
> (2) The lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client; or
> (3) The lawyer is discharged.
> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
> (1) Withdrawal can be accomplished without material adverse effect on the interests of the client;
> (2) The client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent;
> (3) The client has used the lawyer's services to perpetrate a crime or fraud;
> (4) A client insists upon taking action that the lawyer considers repugnant or with which the lawyer has fundamental disagreement;
> (5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
> (6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
> (7) Other good cause for withdrawal exists.

This Court has the authority to grant leave and enter an Order allowing the withdrawal of counsel in this matter. This motion contains Ms. Greene's last known address, at which she may be served with notice of further proceedings in this matter.

Furthermore, in case the application for withdrawal is granted, that the withdrawal shall not delay the trial or hearing of other matters in the case.  In this matter, counsel's withdrawal will cause no adverse delays in this matter.  At this time a Complaint has been filed, however, counsel is still in the process of effectuating service, to date, no Defendant has retained counsel.

Furthermore, NRPC Rule 1.16(b)(c)(1) states, "a lawyer may withdraw from representing a client if: withdrawal can be accomplished without material adverse effect on the interests of the client." Moreover, NRPC Rule 1.16(b)(c)(7) permissively grants an attorney to withdraw if "other good cause exists." In the instant matter, counsel's withdrawal would not cause a material adverse effect on Ms. Greene.  After litigation commenced, it has become clear that an unrepairable rift exists between Plaintiff and counsel.   For these aforementioned reasons, this Court should grant this Motion and grant counsel leave to withdraw as counsel of record as mandated in NRPC 1.16(a)(c)(3) and permissively granted by Local Rule IA 10-6 and NRPC Rule 1.16(b)(c).

As shown by the Declaration of Kyle R. Tatum, Esq., (Exhibit 1) in support of this Motion to Withdraw as attorneys of record, good cause exists to permit the withdrawal requested herein because of the breakdown of the attorney-client relationship.

///

///

///

///

///

///

///

KANG & ASSOCIATES, PLLC.
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

WHEREFORE, this affiant asks this Honorable Court for leave for Kang & Associates to withdraw as attorneys of record for Plaintiff.

DATED this ___3___ Day of April 2020.

Submitted by:

**KANG & ASSOCIATES, PLLC**

___e/ Kyle R. Tatum, Esq._____
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 013264
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146
(702) 333-4223
*Former Attorneys for Plaintiff Nicole Greene*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of KANG & ASSOCIATES, PLLC., over the age of 18, neither a party to nor interested in this matter; that on this 3rd day of April 2020, I served a copy of **MOTION TO WITHDRAW AS COUNSEL OF RECORD E** as follows:

_____   by **electronic** filing notification where specified on the attached service list:

____X____   by **mailing** a copy thereof enclosed in a sealed envelope with postage prepaid in in the United States Mail at Las Vegas, Nevada, to the counsel of record at the following address:

_____   by **facsimile** transmission, pursuant to NRCP(5)(b) and EDCR 7.26, to the following fax number:

TO:   Nicole Greene
1350 Kelso Dunes Avenue
Unit #526
Henderson, NV 89014

/s/ Su Branchini_____
An Employee of KANG & ASSOCIATES

KANG & ASSOCIATES, PLLC.
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

# EXHIBIT 1

**<u>DECLARATION OF KYLE R. TATUM, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

STATE OF NEVADA                    )
COUNTY OF CLARK                    )

KYLE R. TATUM, ESQ., being first duly sworn, deposes and says:

1. That I am an attorney at law duly licensed to practice in the State of Nevada; that I am a member of the law firm of KANG & ASSOCIATES, PLLC. And am an attorney for Nicole Greene.

2. After numerous discussions between counsel and the Plaintiff, it has become clear that there are fundamental disagreements regarding the merits of Plaintiff's claims.

3. Despite attempts at a resolution, an unrepairable breakdown in the attorney/client relationship exists, and counsel would be unable to fairly and adequately represent the Plaintiff due to the breakdown of the relationship.

4. That the withdrawal as attorneys will not cause an unreasonable delay of hearings or other matters within the case and that there are no pending or outstanding hearings or due dates in this matter.

5. That the last known address in our file records for the Plaintiff is 1350 Kelso Dunes Avenue, Unit 526, Henderson, NV 89014.

6. The last known phone number for Plaintiff is 805.345.6064 and email is Dgreene5000@aol.com.

FURTHER DECLARANT SAYETH NAUGHT

*el Kyle R. Tatum, Esq.*

KYLE R. TATUM, ESQ.

KANG & ASSOCIATES, PLLC.
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

Electronically Filed
4/6/2020 11:06 AM
Steven D. Grierson
CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
****

| | |
|---|---|
| Nicole Greene, Plaintiff(s) | Case No.:   A-20-809599-C |
| vs. | |
| Benjamin Wood, Defendant(s) | Department 18 |

## NOTICE OF HEARING

     Please be advised that the Motion to Withdraw as Counsel of Record in the above-entitled matter is set for hearing as follows:

**Date:**        June 01, 2020

**Time:**        Chambers

**Location:**    Chambers
                Regional Justice Center
                200 Lewis Ave.
                Las Vegas, NV 89101

**NOTE: Under NEFCR 9(d), if a party is not receiving electronic service through the Eighth Judicial District Court Electronic Filing System, the movant requesting a hearing must serve this notice on the party by traditional means.**

STEVEN D. GRIERSON, CEO/Clerk of the Court

By:  /s/ Allison Behrhorst
       Deputy Clerk of the Court

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 9(b) of the Nevada Electronic Filing and Conversion Rules a copy of this Notice of Hearing was electronically served to all registered users on this case in the Eighth Judicial District Court Electronic Filing System.

By:  /s/ Allison Behrhorst
       Deputy Clerk of the Court

Electronically Filed
4/13/2020 11:06 AM
Steven D. Grierson
CLERK OF THE COURT

**AOS**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

NICOLE GREENE, an Individual;

Plaintiff,

vs.

BENJAMIN WOOD, an Individual; and
FRONTIER AIRLINES, INC., a Foreign
Corporation; DOES 1 through 20, inclusive;
ROE CORPORATIONS, 1 through 20,
inclusive;

Defendants.

Case No.:  A-20-809599-C
Dept. No.: 18

**AFFIDAVIT OF SERVICE- FRONTIER AIRLINES, INC.**

**SEE ATTACHED**

*1 |Greene SUMM*

**AOS**

# DISTRICT COURT , CLARK COUNTY
# CLARK COUNTY, NEVADA

**NICOLE GREENE**

**Plaintiff**

CASE NO: **A-20-809599-C**

HEARING DATE/TIME:

**vs**

**FRONTIER AIRLINES, INC**

**Defendant**

DEPT NO: **DEPARTMENT 18**

## AFFIDAVIT OF SERVICE

   ARANZA AGUILAR being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 2nd day of April, 2020 and served the same on the 7th day of April, 2020, at 14:00 by:

serving the servee FRONTIER AIRLINES, INC.C/O REGISTERED AGENT CORPORATION SERVICE COMPANY by personally delivering and leaving a copy at (address) 112 NORTH CURRY STREET, CARSON CITY NEVADA 89703 with KRIS OSBORNE, CLERK pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the
State of Nevada that the foregoing is true and correct.

EXECUTED this___**07**__day of___**Apr**____,  ____**2020**.

**ARANZA AGUILAR**
**R-095409**

*Junes Legal Service,Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068*

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

Electronically Filed
5/5/2020 12:35 PM
Steven D. Grierson
CLERK OF THE COURT

**AOS**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

NICOLE GREENE, an Individual;

                Plaintiff,

vs.

BENJAMIN WOOD, an Individual; and
FRONTIER AIRLINES, INC., a Foreign
Corporation; DOES 1 through 20, inclusive;
ROE CORPORATIONS, 1 through 20,
inclusive;

                Defendants.

Case No.:  A-20-809599-C
Dept. No.: 18

**AFFIDAVIT OF SERVICE- BENJAMIN WOOD**

**SEE ATTACHED**

*1 |Greene SUMM*

*KANG & ASSOCIATES, PLLC.*
*6480 W SPRING MOUNTAIN RD., STE 1*
*LAS VEGAS, NV 89146*

AOS

# DISTRICT COURT , CLARK COUNTY
## CLARK COUNTY, NEVADA

**NICOLE GREENE**                                    **Plaintiff**

**VS**                                                                    CASE NO: A-20-809599-C
                                                                              HEARING DATE/TIME:
**BENJAMIN WOOD**                           **Defendant**       DEPT NO:  DEPARTMENT 18

---

## AFFIDAVIT OF SERVICE

  PHIL GAY being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made.  That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 2nd day of April, 2020 and served the same on the 1st day of May, 2020, at 11:01 by:

serving the servee BENJAMIN WOOD personally delivering and leaving a copy with ERIN WOOD, Co-occupant a person of suitable age and discretion residing at the defendant's usual place of abode located at (address) ███████ ██████, OKLAHOMA CITY OK ███

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
**EXECUTED this** _X4h_ **day of** _May_ , 20 _30_.

                                                                              **PHIL GAY II PSS-2017-75**

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 579-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

EP161001B                              Copyright 2006 eWay - All Rights Reserved                              Process License #1068