# EXHIBIT D



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 21386580**
**Date Processed: 04/08/2020**

| | |
|---|---|
| **Primary Contact:** | Jacalyn Peter<br>Frontier Airlines, Inc.<br>4545 Airport Way<br>Denver, CO 80239-5716 |
| **Electronic copy provided to:** | Howard Diamond<br>Shannon Muir |
| **Entity:** | Frontier Airlines, Inc.<br>Entity ID Number  0485700 |
| **Entity Served:** | Frontier Airlines, Inc. |
| **Title of Action:** | Nicole Greene vs. Benjamin Wood |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-20-809599-C |
| **Jurisdiction Served:** | Nevada |
| **Date Served on CSC:** | 04/07/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Patrick W. Kang<br>702-333-4223 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com