# EXHIBIT E

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

FRONTIER AIRLINES, INC.

**Entity Number:**

C19153-1995

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

11/06/1995

**NV Business ID:**

NV19951149505

**Termination Date:**

Perpetual

**Annual Report Due Date:**

11/30/2020

**Domicile Name:**

**Jurisdiction:**

Colorado

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

**Individual with Authority to Act:**

GEORGE MASSIH

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | BARRY BIFFLE | 4545 AIRPORT WAY, DENVER, CO, 80239, USA | 09/28/2018 | Active |
| Secretary | HOWARD DIAMOND | 4545 AIRPORT WAY, DENVER, CO, 80239, USA | 09/28/2018 | Active |
| Treasurer | JIMMY DEMPSEY | 4545 AIRPORT WAY, DENVER, CO, 80239, USA | 09/28/2018 | Active |
| Director | BRIAN FRANKE | 4545 AIRPORT WAY, DENVER, CO, 80239, USA | 09/28/2018 | Active |
| Director | ANDREW BRODERICK | 4545 AIRPORT WAY, DENVER, CO, 80239, USA | 09/28/2018 | Active |

< Previous  …  1  2  …  Next >   Page 1 of 2, records 1 to 5 of 7   [  ]  Go to Page

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | No records to view. | | |

☐ Unlimited Foreign Entities Only

☐ No Stock Foreign Entities Only

Number of No Par Value Shares:

**1000**

Total Authorized Capital:

**1,000**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results