ROGER L. GRANDGENETT II, ESQ., Bar # 6323
AMY THOMPSON, ESQ., Bar #11907
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:  rgrandgenett@littler.com
            athompson@littler.com
            kstegall@littler.com

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE GREENE, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00818<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Defendant FRONTIER AIRLINES, INC., hereby certifies that Defendant Frontier Airlines Holdings, Inc., is the parent company of Frontier Airlines, Inc., and Frontier Group Holdings, Inc., is the parent company of Frontier Airlines Holdings, Inc.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: May 6, 2020

                                          Respectfully submitted,

*/s/ Roger L. Grandgenett II*

ROGER L. GRANDGENETT II, ESQ.
AMY THOMPSON, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
FRONTIER AIRLINES, INC.

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800