Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com

Attorney for Defendant
BENJAMIN WOOD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE GREENE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>Defendants. | Case No. 2:20-cv-00818-JAD-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Defendant BENJAMIN WOOD hereby certifies that this individual is the only party that has an interest in the outcome of this case.

/ / /

/ / /

/ / /

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 6th day of May 2020.

          Respectfully submitted,

          GOODMAN LAW GROUP, P.C.

          */s/ Ross C. Goodman, Esq.*
          ROSS C. GOODMAN, ESQ.
          Nevada Bar No. 7722
          520 S. Fourth Street, Second Floor
          Las Vegas, Nevada 89101

          Attorney for Defendant
          BENJAMIN WOOD

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2020 I electronically filed the above and foregoing **Certificate of Interested Parties** using the CM/ECF system which will send notice of electronic filing to all CM/EFC registrants.

                                                _/s/ Tiffanie Johannes_
                                         Employee of Goodman Law Group, P.C.

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088