**CERT**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE GREENE, an Individual; <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN WOOD, an Individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive; <br><br> Defendants. | Case No.: 2:20-cv-00818 <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff NICOLE GREENE certifies that other than the party to this case, no persons, associations or persons, firms, partnerships or corporations, have a direct, pecuniary interest in the outcome of this case.

///
///
///
///
///

*1 |Greene*

DATED this 7th day of May, 2020.

                                          **KANG & ASSOCIATES, PLLC**

                                          /s/Kyle R. Tatum
                                        **PATRICK W. KANG, ESQ.**
                                        Nevada Bar No.: 010381
                                        **KYLE R. TATUM, ESQ.**
                                        Nevada Bar No.: 013264
                                        6480 W. Spring Mountain Rd., Ste. 1
                                        Las Vegas, NV 89146
                                        702.333.4223
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of KANG & ASSOCIATES, PLLC., over the age of 18, neither a party to nor interested in this matter; that on this 7th day of May 2020, I served a copy of **CERTIFICATE OF INTERESTED PARTIES** as follows:

    __X__    by **electronic** filing notification where specified on the attached service list:

    _____    by **mailing** a copy thereof enclosed in a sealed envelope with postage prepaid in in the United States Mail at Las Vegas, Nevada, to the counsel of record at the following address:

    _____    by **facsimile** transmission, pursuant to NRCP(5)(b) and EDCR 7.26, to the following fax number:

TO:    Ross C. Goodman, Esq.
GOODMAN LAW GROUP
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
*Attorney for Defendant Benjamin Wood*

TO:    Roger Grandgenett, II, Esq.
Amy Thompson, Esq.
Kelsey E. Stegall, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy., Suite 300
Las Vegas, Nevada 89169
*Attorney for Defendant Frontier Airlines*

    /s/Heather Caifano
    An Employee of KANG & ASSOCIATES