Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com

Attorney for Defendant
BENJAMIN WOOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE GREENE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>Defendants. | Case No. 2:20-cv-00818-JAD-NJK<br><br>**INDEX OF EXHIBITS** |

Exhibit 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Text Messages

Page 1 of 1

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

# Exhibit 1 – Text Messages

Exhibit 1 – Text Messages

**Nicole Greene**
+1 805-345-6064

> I'm here, checking in
> 00:44

Okay, I'm gonna start heading down to the lobby
00:46

> Down... Where are you?
> 00:46

Still in the parking garage
00:47

> K. I'm heading to room 1736. I'm gonna change. Meet me there instead
> 00:49

Okay, I'm on my way up
00:53

> Did you have fun last night? Super cool seeing you

> I wish Id had time to walk you to your car...
> 11:07

Aww, you're so sweet. Yeah, I always have a great time hanging out

with you. I wish we could take things further, but I'll see what I

Enter message      SEND



**Nicole Greene**
+1 805-345-6064

see what I
can do about it 😏   11:21

— Friday, February 2, 2018 —

Hey, how's it going?   13:16

13:17   Good, you?

Pretty good. Just getting ready for work   13:22

Do you even want to be friends with me? Or are you just using me until a better girl comes along?   14:07

I'm at work right now, but where did that come from?

14:16   Do you feel used?

Alright, well I'm not going to bother you at work. But yes, I do   14:27

Ok, then I sincerely apologize
for making you feel that way

**Nicole Greene**
+1 805-345-6064

see what I can do about it 😏  11:21

*Friday, February 2, 2018*

Hey, how's it going?  13:16

Good, you?  13:17

Pretty good. Just getting ready for work  13:22

Do you even want to be friends with me? Or are you just using me until a better girl comes along?  14:07

I'm at work right now, but where did that come from?

Do you feel used?  14:16

Alright, well I'm not going to bother you at work. But yes, I do  14:27

Ok, then I sincerely apologize for making you feel that way

**Nicole Greene**
+1 805-345-6064

> Ok, then I sincerely apologize for making you feel that way. I think what you are looking for is not the same as what I am looking for. 14:33

What is it that you're looking for? 14:34

> I am now interested in friendship. Or if you'd rather avoid me I understand 14:40

No, I don't want to avoid you. I want friendship too 15:15

*Thursday, February 8, 2018*

Hey, sorry I got upset the other day. I really hope you're doing well. How's your sister and her baby? 14:38

> No worries. My sister is great and very happy being a mom 14:40

That's good to hear. So I went to an OBGYN this morning thinking I would get some an-

**Nicole Greene**
+1 805-345-6064

That's good to hear. So I went to an OBGYN this morning thinking I would get some answers, but he said everything seemed normal. So now I'm really discouraged 😔     14:46

15:34   Normal is good

Yeah, that's true. But I was hoping he could give me answers as to why you and I keep having problems     15:38

Putting it bluntly, my hymen is already torn     15:40

If you want to try again, maybe we can use alcohol     19:50

Nicole, I want to remain just friends.
20:30

Benjamin, you've told me multiple times that you've slept with girls you considered "just friends"     20:31

Sunday, February 11, 2018

Enter message                    SEND

**Nicole Greene**
+1 805-345-6064

considered "just friends"  20:31

*Sunday, February 11, 2018*

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And

VIEW ALL >

11:07

21:28  I think that's a pretty accurate assessment. I was a bit put off by the whole thing, but I am neither angry nor upset.

After reflecting on it, I don't think the way things were is good for you at this point in your life, and maybe not for me either. You are an awesome chick, and I respect you greatly. I think it's probably normal and

  

## Nicole Greene
+1 805-345-6064

Sun, Feb 11, 2018 11:07

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And when you told me that night in Las Vegas that you didn't feel the same way, I was disappointed and upset. But I've come to terms with how you feel and I really want things to go back to normal because I don't like the way things are right now. I totally understand that you don't want to be in a relationship and I respect that. I just can't handle you being upset with me and not responding to me because you are so special to me.

**Nicole Greene**
+1 805-345-6064

during your vacation? — 22:04

Hanging out with the woman and some friends — 22:06

Thursday, June 28, 2018

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign

VIEW ALL

For the longest time, I felt so guilty, because once you realized we weren't going to be able to have sex, you started distancing yourself from me and I felt like a failure. Keep in mind, I'm 13 years younger than you and this was my first time in any sort of "relationship" like this. I know I made

**Nicole Greene**
+1 805-345-6064

Thu, Jun 28, 2018 13:40

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign blame, but I know for a fact that this situation has a lot to do with it. I felt ashamed that we weren't able to have sex because I felt like that was all you ever wanted and I was letting you down. I felt even more ashamed for developing feelings for you. I did everything I could to try to make this right, including going to a gynecologist, going on birth control, and encouraging you to get tested for STDs.