# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NICOLE GREENE,

    Plaintiff(s),

v.

BENJAMIN WOOD, et al.,

    Defendant(s).

Case No.: 2:20-cv-00818-JAD-NJK

**Order**

[Docket Nos. 7, 8, 9]

Pending before the Court is a motion for Patrick Kang and Kyle Tatum to withdraw as Plaintiff's counsel. Docket No. 7. For good cause shown, the motion is **GRANTED**. Plaintiff is deemed to be proceeding *pro se* at this time and the Clerk's Office is **INSTRUCTED** to update the docket with her contact information. *See* Docket No. 7 at 9. To the extent Plaintiff retains new counsel, that attorney must promptly file a notice of appearance.

In addition, the undersigned has conferred with the assigned district judge and the deadlines for Plaintiff to respond to the pending motions to dismiss (Docket Nos. 8, 9) are hereby **EXTENDED** to June 15, 2020.

IT IS SO ORDERED.

Dated: May 14, 2020

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

1