Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@rosscgoodman.com

Attorney for Defendant
BENJAMIN WOOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICOLE GREENE, an individual,

Plaintiff,

vs.

BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;

Defendants.

Case No. 2:20-cv-00818-JAD-NJK

**INDEX OF EXHIBITS**

Exhibit 1 .................... Text Messages

Exhibit 2 .................... Frontier Airlines Flight Itinerary

Exhibit 3 .................... Rule 11 Letter dated May 8, 2020

Page 1 of 1

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

# Exhibit 1

## TEXT MESSAGES

Exhibit 1

   4G 40% 14:12

Nicole Greene
+1 805-345-6064

00:44 I'm here, checking in

Okay, I'm gonna start heading down to the lobby 00:46

00:46 Down... Where are you?

Still in the parking garage 00:47

00:49 K. I'm heading to room 1736. I'm gonna change. Meet me there instead

Okay, I'm on my way up 00:53

Did you have fun last night? Super cool seeing you

11:07 I wish Id had time to walk you to your car...

Aww, you're so sweet. Yeah, I always have a great time hanging out

with you. I wish we could take things further, but I'll see what I

Enter message

SEND

4G 39% 14:12
Nicole Greene
+1 805-345-6064
see what I
can do about it 😏
11:21
Friday, February 2, 2018
Hey, how's it going?
13:16
Good, you?
13:17
Pretty good. Just getting ready for work
13:22
Do you even want to be friends with me? Or are you just using me until a better girl comes along?
14:07
I'm at work right now, but where did that come from?
Do you feel used?
14:16
Alright, well I'm not going to bother you at work. But yes, I do
14:27
Ok, then I sincerely apologize

Enter message

SEND

4G 39% 14:12
Nicole Greene
+1 805-345-6064
see what I
can do about it 😏
11:21
Friday, February 2, 2018
Hey, how's it going?
13:16
Good, you?
13:17
Pretty good. Just getting ready for work
13:22
Do you even want to be friends with me? Or are you just using me until a better girl comes along?
14:07
I'm at work right now, but where did that come from?
Do you feel used?
14:16
Alright, well I'm not going to bother you at work. But yes, I do
14:27
Ok, then I sincerely apologize

Enter message

SEND




4G 39% 14:13

Nicole Greene
+1 805-345-6064

Ok, then I sincerely apologize for making you feel that way. I think what you are looking for is not the same as what I am looking for.
14:33

What is it that you're looking for?
14:34

I am now interested in friendship. Or if you'd rather avoid me I understand
14:40

No, I don't want to avoid you. I want friendship too
15:15

Thursday, February 8, 2018

Hey, sorry I got upset the other day. I really hope you're doing well. How's your sister and her baby?
14:38

No worries. My sister is great and very happy being a mom
14:40

That's good to hear. So I went to an OBGYN this morning thinking I would get some an-

Enter message

SEND

4G 39% 14:13
Nicole Greene
+1 805-345-6064
That's good to hear. So I went to an OBGYN this morning thinking I would get some answers, but he said everything seemed normal. So now I'm really discouraged 😔
14:46
15:34
Normal is good
Yeah, that's true. But I was hoping he could give me answers as to why you and I keep having problems
15:38
Putting it bluntly, my hymen is already torn
15:40
If you want to try again, maybe we can use alcohol
19:50
20:30
Nicole, I want to remain just friends.
Benjamin, you've told me multiple times that you've slept with girls you considered "just friends"
20:31
Sunday, February 11, 2018

Enter message

SEND



4G 39% 14:13

**Nicole Greene**

+1 805-345-6064

considered "just friends" 20:31

Sunday, February 11, 2018

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And

VIEW ALL

11:07

I think that's a pretty accurate assessment. I was a bit put off by the whole thing, but I am neither angry nor upset. 21:28

After reflecting on it, I don't think the way things were is good for you at this point in your life, and maybe not for me either. You are an awesome chick, and I respect you greatly. I think it's probably normal and

Enter message

SEND

 4G 39% 14:13

**Nicole Greene**
+1 805-345-6064

Sun, Feb 11, 2018 11:07

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And when you told me that night in Las Vegas that you didn't feel the same way, I was disappointed and upset. But I've come to terms with how you feel and I really want things to go back to normal because I don't like the way things are right now. I totally understand that you don't want to be in a relationship and I respect that. I just can't handle you being upset with me and not responding to me because you are so special to me.

  4G 38% 14:17

Nicole Greene
+1 805-345-6064

during your vacation?
22:04

22:06 Hanging out with the woman and some friends

Thursday, June 28, 2018

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign

VIEW ALL

For the longest time, I felt so guilty, because once you realized we weren't going to be able to have sex, you started distancing yourself from me and I felt like a failure. Keep in mind, I'm 13 years younger than you and this was my first time in any sort of "relationship" like this. I know I made

Enter message

SEND 　　 




38% 14:17

**Nicole Greene**
+1 805-345-6064

Thu, Jun 28, 2018 13:40

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign blame, but I know for a fact that this situation has a lot to do with it. I felt ashamed that we weren't able to have sex because I felt like that was all you ever wanted and I was letting you down. I felt even more ashamed for developing feelings for you. I did everything I could to try to make this right, including going to a gynecologist, going on birth control, and encouraging you to get tested for STDs.

# Exhibit 2

**FRONTIER AIRLINES**

**FLIGHT ITINERARY**

Exhibit 2

## January Schedule

**Benjamin Wood(425428)**

**Last Updated Feb 5, 2018 17:18:12 MST**

| | | |
|---|---|---|
| SA | 30 | D3557 TPA |
| SU | 31 | MSP |
| MO | 01 | MCO |
| TU | 02 | DEN |
| WE | 03 | |
| TH | 04 | |
| FR | 05 | |
| SA | 06 | D3346B SFO |
| SU | 07 | MCO |
| MO | 08 | - |
| TU | 09 | N/L |
| WE | 10 | |
| TH | 11 | |
| FR | 12 | PAY |
| FR | 12 | D3170H ATL |
| SA | 13 | SLC |
| SU | 14 | DEN |
| MO | 15 | |
| TU | 16 | |
| WE | 17 | |
| TH | 18 | |
| FR | 19 | D3206D LAS |
| SA | 20 | CVG |
| SU | 21 | PAY |
| MO | 22 | PAY ↓ |
| TU | 23 | + |
| WE | 24 | |
| TH | 25 | |
| FR | 26 | D3128 ATL |
| SA | 27 | DCA |
| SU | 28 | DEN |
| MO | 29 | |
| TU | 30 | |

| | |
|---|---|
| Block | 64.32 |
| Credit | 90.42 |
| YTD | 136.32 |
| Days Off | 15 |

## Schedule Options:

**D3557 : 30DEC** ONLY ON SAT BSE REPT: 1350L Operates: Dec 30 Only
Base/Equip: DEN/319 CA01FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SA | 30 | | * | 777 | DEN-LAS | 1442 | 1540 | 0158 | 0310 | | | | |
| SA | 30 | | | 1586 | LAS-TPA | 1850 | 0156 | 0406 | | | 0604 | | 0627 |
| D-END: 0211L REPT: 1845L | | | | | | | | | Sheraton | | | | (813)223-2222 |
| SU | 31 | | | 1239 | TPA-MSP | 2100 | 2330 | 0330 | | | 0330 | | 0330 |
| D-END: 2345L REPT: 1017L | | | | | | | | | Best Western Plus | | | | (952)854-8200 |
| MO | 01 | | | 1640 | MSP-MCO | 1146 | 1613 | 0327 | | | 0327 | | 0328 |
| D-END: 1628L REPT: 0552L | | | | | | | | | Hilton Garden Inn | | | | (407)240-3725 |
| TU | 02 | | | 157 | MCO-DSM | 0630 | 0836 | 0306 | 0123 | | | | |
| TU | 02 | | | 157 | DSM-DEN | 0959 | 1029 | 0130 | | | 0436 | | 0515 |
| D-END: 1044L **T.A.F.B.: 6854** | | | | | | | | | | | | | |
| | | | | | | | | | | | **Total: 1737** | **0000** | **1838** |

**Crew:**
CA 408767 Kennedy, John FO 425428 Wood, Benjamin

**D3346B : 06JAN** ONLY ON SAT BSE REPT: 0649L Operates: Jan 6 Only
Base/Equip: DEN/319 CA01FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SA | 06 | N | | NTR | DEN-DEN | 0649 | 0649 | 0000 | 0257 | | | | |
| SA | 06 | | | 657 | DEN-SFO | 0946 | 1130 | 0244 | | | 0244 | | 0252 |
| D-END: 1145L REPT: 2140L | | | | | | | | | Holiday Inn Express SFO A | | | | (650)347-2381 |
| MO | 08 | | | 1740 | SFO-MCO | 0250 | 1039 | 0449 | | | 0449 | | 0526 |
| D-END: 1054L REPT: 0815L | | | | | | | | | Hilton Garden Inn | | | | (407)240-3725 |
| TU | 09 | DH | | 681 | MCO-DEN | 1147 | 1331 | 0419 | | | 0000 | 0419 | 0419 |
| D-END: 1346L **T.A.F.B.: 7857 DHD: 0419** | | | | | | | | | | | | | |
| | | | | | | | | | | | **Total: 0733** | **0419** | **1237** |

**Crew:**
CA 406517 Dolven, Robert FO 425428 Wood, Benjamin

**N/L : 09JAN**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| N/L | 09JAN | 14:00 | 09JAN | 22:09 | 1040 |

**PAY : 12JAN**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| PAY | 12JAN | 06:00 | 12JAN | 06:30 | 0235 |

**D3170H : 12JAN** ONLY ON FRI BSE REPT: 0824L Operates: Jan 12 Only
Base/Equip: DEN/319 FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR | 12 | | | 1158 | DEN-CVG | 0919 | 1351 | 0232 | 0140 | | | | |
| FR | 12 | | | 9205 | CVG-ATL | 1531 | 1736 | 0205 | | | 0437 | | 0446 |
| D-END: 1751L REPT: 1003L | | | | | | | | | TBD | | | | (720)374-4540 |
| SA | 13 | | | 1561 | ATL-SLC | 1043 | 1247 | 0404 | | | 0404 | | 0418 |
| D-END: 1302L REPT: 0430L | | | | | | | | | Radisson Hotel Salt Lake | | | | (801)531-7500 |
| SU | 14 | | * | 572 | SLC-DEN | 0509 | 0635 | 0126 | 0257 | | | | |
| SU | 14 | | | 573 | DEN-SLC | 0932 | 1055 | 0123 | 0039 | | | | |

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SU | 14 | | | 578 | SLC-DEN | 1134 | 1249 | 0115 | | | 0404 | | 0446 |

D-END: 1304L **T.A.F.B.: 5240 TRIP RIG: 0023**

**Total: 1245** **0000** **1413**

**Crew:**

FO 425428 Wood, Benjamin

---

**D3206D : 19JAN** ONLY ON FRI BSE REPT: 1003L Operates: Jan 12-Jan 19

Base/Equip: DEN/319 FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR | 19 | N | | NTR | DEN-DEN | 1003 | 1003 | 0000 | 0155 | | | | |
| FR | 19 | | * | 777 | DEN-LAS | 1158 | 1257 | 0159 | 0231 | | | | |
| FR | 19 | | | 1144 | LAS-SAT | 1528 | 2016 | 0248 | 0047 | | | | |
| FR | 19 | | | 1145 | SAT-LAS | 2103 | 2144 | 0241 | | | 0728 | | 0752 |
| D-END: 2159L REPT: 0942L | | | | | | | | | Downtown Grand Hotel & Ca | | | | (702)953-4343 |
| SA | 20 | | | 1686 | LAS-BNA | 1025 | 1604 | 0339 | 0037 | | | | |
| SA | 20 | | * | 1686 | BNA-MCO | 1641 | 1942 | 0201 | 0110 | | | | |
| SA | 20 | | | 1616 | MCO-CVG | 2052 | 2252 | 0200 | | | 0740 | | 0802 |
| D-END: 2307L REPT: 1138L | | | | | | | | | Hilton Cincinnati Airport | | | | (859)371-4400 |
| SU | 21 | | | 649 | CVG-DEN | 1245 | 1355 | 0310 | 0305 | | | | |
| SU | 21 | N | | DUT | DEN-DEN | 1700 | 1907 | 0000 | | | 0310 | | 0310 |

D-END: 1907L **T.A.F.B.: 5704**

**Total: 1818** **0000** **1904**

**Crew:**

FO 425428 Wood, Benjamin

---

**PAY : 21JAN**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| PAY | 21JAN | 20:00 | 23JAN | 07:11 | 0339 |

---

**D3128 : 26JAN** MON FRI SAT BSE REPT: 0649L Operates: Jan 8-Jan 27

Base/Equip: DEN/319 CA01FO01 EXCEPT ON Jan 13, Jan 15, Jan 20

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR | 26 | | | 657 | DEN-SFO | 0744 | 0928 | 0244 | 0056 | | | | |
| FR | 26 | | | 1532 | SFO-ATL | 1024 | 1742 | 0418 | | | 0702 | | 0737 |
| D-END: 1757L REPT: 0730L | | | | | | | | | Westin | | | | (404)762-7676 |
| SA | 27 | | * | 429 | ATL-DEN | 0808 | 0925 | 0317 | 0201 | | | | |
| SA | 27 | | | 546 | DEN-DCA | 1126 | 1627 | 0301 | | | 0618 | | 0703 |
| D-END: 1642L REPT: 0615L | | | | | | | | | Sheraton | | | | (703)521-1900 |
| SU | 28 | | | 543 | DCA-DEN | 0655 | 0928 | 0433 | | | 0433 | | 0433 |

D-END: 0943L **T.A.F.B.: 5054**

**Total: 1753** **0000** **1913**

**Crew:**

CA 403858 Smith, Tom FO 425428 Wood, Benjamin

**February Schedule**

**Benjamin Wood(425428)**

**Last Updated Mar 6, 2018 21:05:48 MST**

| | | |
|---|---|---|
| WE | 31 | |
| TH | 01 | |
| FR | 02 | **D3112A** MSP |
| SA | 03 | MCI |
| SU | 04 | - |
| MO | 05 | DEN |
| TU | 06 | |
| WE | 07 | |
| TH | 08 | |
| FR | 09 | **D3201** ATL |
| SA | 10 | ATL |
| SU | 11 | DEN |
| MO | 12 | |
| TU | 13 | |
| WE | 14 | |
| TH | 15 | **D3520** MSP |
| FR | 16 | TPA |
| SA | 17 | PHX |
| SU | 18 | DEN |
| MO | 19 | |
| TU | 20 | |
| WE | 21 | |
| TH | 22 | |
| FR | 23 | Sick |
| SA | 24 | Sick |
| SU | 25 | Sick |
| MO | 26 | |
| TU | 27 | |
| WE | 28 | |
| TH | 01 | |

| | |
|---|---|
| Block | 51.37 |
| Credit | 81.53 |
| YTD | 184.32 |
| Days Off | 19 |

## Schedule Options:

**D3112A : 02FEB** ONLY ON FRI BSE REPT: 0530L Operates: Feb 2 Only
Base/Equip: DEN/319 CA01FO01

| DY | DDDHC | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD | TDUTY/FDP | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR 02 | | 779 | DEN-LAS | 0622 | 0712 | 0150 | 0107 | | | | | | |
| FR 02 | * | 770 | LAS-DEN | 0819 | 1112 | 0153 | 0303 | | | | | | |
| FR 02 | | 462 | DEN-MSP | 1415 | 1716 | 0201 | | | 0544 | | 0606 | 1101/1046 | MSP 1244 |
| D-END: 1731L REPT: 0615L | | | | | | | Holiday Inn & Suites Minn | | | | (952)469-1134 | | |
| SA 03 | | 1236 | MSP-TPA | 0652 | 1142 | 0350 | 0037 | | | | | | |
| SA 03 | | 1211 | TPA-MCI | 1219 | 1402 | 0243 | | | 0633 | | 0645 | 0802/0747 | MCI 2132 |
| D-END: 1417L REPT: 1149L | | | | | | | Hilton Kansas City Airpor | | | | (816)891-8900 | | |
| SU 04 | | 1938 | MCI-RSW | 1637 | 2012 | 0235 | 0045 | | | | | | |
| SU 04 | | 825 | RSW-MCI | 2057 | 2259 | 0302 | 0044 | | | | | | |
| SU 04 | DH | 825 | MCI-DEN | 2343 | 0039 | 0156 | | | 0537 | 0156 | 0751 | 1405/1110 | |
| D-END: 0054L | **T.A.F.B.: 6724** | **DHD: 0156** | | | | | | | | | | | |
| | | | | | | | | **Total:** | **1754** | **0156** | **2042** | **3308/2943** | |

**Crew:**
CA 406520 Mitchell, Matthew FO 425428 Wood, Benjamin

**D3201 : 09FEB** SUN TUE FRI BSE REPT: 0824L Operates: Feb 9-Feb 25
Base/Equip: DEN/319 CA01FO01 EXCEPT ON Feb 16, Feb 18, Feb 20

| DY | DDDHC | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD | TDUTY/FDP | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR 09 | | 1158 | DEN-CVG | 0924 | 1422 | 0258 | 0044 | | | | | | |
| FR 09 | | 1158 | CVG-LGA | 1506 | 1656 | 0150 | 0058 | | | | | | |
| FR 09 | | 1465 | LGA-ATL | 1754 | 2035 | 0241 | | | 0729 | | 0801 | 1026/1011 | ATL 1313 |
| D-END: 2050L REPT: 1003L | | | | | | | Westin | | | | (404)762-7676 | | |
| SA 10 | | 1561 | ATL-SLC | 1055 | 1306 | 0411 | 0045 | | | | | | |
| SA 10 | | 1560 | SLC-ATL | 1351 | 1926 | 0335 | | | 0746 | | 0803 | 0938/0923 | ATL 1149 |
| D-END: 1941L REPT: 0730L | | | | | | | Westin | | | | (404)762-7676 | | |
| SU 11 | | 429 | ATL-DEN | 0855 | 1010 | 0315 | | | 0315 | | 0337 | 0455/0440 | |
| D-END: 1025L | **T.A.F.B.: 5001** | | | | | | | | | | | | |
| | | | | | | | | **Total:** | **1830** | **0000** | **1941** | **2459/2414** | |

**Crew:**
CA 401399 Schmidt, Keith FO 425428 Wood, Benjamin

**D3520 : 15FEB** ONLY ON THU BSE REPT: 1320L Operates: Feb 15-Feb 22
Base/Equip: DEN/319 CA01FO01

| DY | DDDHC | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD | TDUTY/FDP | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TH 15 | | 462 | DEN-MSP | 1451 | 1724 | 0133 | | | 0133 | | 0158 | 0319/0304 | MSP 1236 |
| D-END: 1739L REPT: 0615L | | | | | | | Best Western Plus | | | | (952)854-8200 | | |
| FR16 | * | 1236 | MSP-MSP | 0651 | 0719 | 0028 | 0325 | | | | | | |
| FR16 | | 1236 | MSP-TPA | 1044 | 1440 | 0256 | 0054 | | | | | | |
| FR16 | | 1211 | TPA-MCI | 1534 | 1717 | 0243 | 0043 | | | | | | |
| FR16 | DH | 1214 | MCI-TPA | 1800 | 2133 | 0118 | | | 0607 | 0118 | 0800 | 1433/1102 | TPA 1838 |
| D-END: 2148L REPT: 1626L | | | | | | | Sheraton | | | | (813)223-2222 | | |
| SA 17 | | 1879 | TPA-COS | 1704 | 1901 | 0357 | 0047 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SA | 17 | 1879 | COS-PHX | 1948 | 2154 | 0206 | 0603 | 0606 | 0743/0728 | PHX 2103 |
| | D-END: 2209L REPT: 1912L | | | | | | Graduate Tempe Hotel | (480)968-1877 | | |
| SU | 18 | 756 | PHX-DEN | 2207 | 2337 | 0130 | 0130 | 0157 | 0440/0425 | |

D-END: 2352L **T.A.F.B.: 8232 DHD: 0118 TRIP RIG: 0400**

**Total: 1513 0118 2201 3015/2559**

**Crew:**

CA 406525 Nolta, Patrick FO 425428 Wood, Benjamin

---

**Sick : 23FEB**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| Sick | 23FEB | 10:53 | 25FEB | 22:50 | 1929 |

# Exhibit 3

**RULE 11 LETTER DATED MAY 8, 2020**

Exhibit 3



ATTORNEY
ROSS C. GOODMAN

May 8, 2020

**Via Electronic Mail and U.S. First Class Mail**

PATRICK KANG, ESQ.
Nevada Bar No. 010381
KANG & ASSOCIATES, PLLC
6480 West Spring Mountain Road
Las Vegas, Nevada 89146
pkang@acelawgroup.com,

Re: *Nicole Greene v. Benjamin Wood, et al.*
Case No. 2:20-cv-00818-JAD-NJK

Dear Mr. Kang:

This letter serves as a demand to dismiss the causes of action against Mr. Wood filed on January 31, 2020 in violation of the 2-year statute of limitations and Federal Rules of Civil Procedure 11. Under FRCP 11, a court may impose sanctions against a party or attorney when a pleading, written motion, or other paper is (1) filed for an improper purpose; (2) includes claims that are not warranted under existing law or a nonfrivolous argument for extension of the law; or (3) contains factual allegations lacking in evidentiary support.

The central claim that gives rise to the causes of action against Mr. Wood is premised on a "text" describing the parties meeting for dinner in "early" February in Las Vegas at the Downtown Grand Hotel. *See* Compl. §§11-26. The reference to "early" February on the face of the complaint is significant because it conveniently places the alleged misconduct just within the 2-year statute of limitations. However, the text message describing the meeting in Las Vegas at the Grand was sent on January 19-20, 2018. *See* Text Messages.

Specifically, Ms. Greene confirms in the early morning of January 20, 2020 that she is going to Mr. Wood's hotel room:

> BW: K. I'm heading to room 1736. I'm gonna change. Meet me there instead

> NG: Okay, I'm on my way up

Notably, Ms. Greene acknowledges later that day that she had a "great time" as follows:

> BW: Did you have fun last night? I wish Id had time to walk you to your car . . .
>
> NG: Aww, you're so sweet. Yeah, I always have a great time hanging out with you. I wish we could talk things further, but I'll see what I can do about it.

There is no question that the Las Vegas meeting referenced in the Complaint occurred on January 20, 2020 making the filing of the Complaint on January 31, 2020 outside of the 2-year statute of limitations. The Frontier Airlines Flight Schedules confirm Mr. Wood did not return to Las Vegas in January or February. Your allegations that Mr. Wood committed torts in early February 2018 is baseless since neither party was in Las Vegas after mid-January 2018.

Please be advised that Mr. Wood will seek sanctions jointly from your firm and Ms. Greene if the causes of action are not dismissed within 21 days. *See Cervantes Orchards & Vineyards, LLC v. Deere & Co.,* 731 F. App'x 570, 573 (9th Cir. 2017) (affirming district court's imposition of Rule 11 sanctions and noting that claims were frivolous where they "were plainly barred by applicable statutes of limitations.").

Instead, the texts in "early" February 2018 make clear that Ms. Greene consented to the night in Las Vegas and wanted more than just friendship. On February 2, 2018, Plaintiff was asking about the status of their relationship:

> NG: Do you even want to be friends with me? Or are you just using me until a better girl comes along?
>
> BW: I'm at work right now, but where did that come from? Do you feel used?
>
> NG: Alright, well I'm not going to bother you at work. But yes, I do
>
> BW: Ok, then I sincerely apologize for making you feel that way. I think what you are looking for is not the same as what I am looking for.

> NG: What is it that you're looking for?
>
> BW: I am now interested in friendship or if you rather avoid me I understand
>
> NG: No, I don't want to avoid you. I want friendship too

Indeed, Plaintiff on February 9, 2018 is asking Mr. Wood to meet again for sex:

> NG: Hey, sorry I got upset the other day. I really hope you're doing well. How's your sister and baby?
>
> BW: No worries. My sister is great and very happy being a mom
>
> NG: That's good to hear. So I went to an OBGYN this morning thinking I would get some answers, but he said everything seemed normal. So now I'm really discouraged
>
> BW: Normal is good
>
> NG Yeah, that's true. But I was hoping he could give me answers as to why you and I keep having problems. ***Putting it bluntly, my hymen is already torn. If you want to try again, maybe we can use alcohol.***

Notwithstanding access to these text messages, you falsely allege Mr. Wood was the one who suggested "alcohol" and deceptively go further by claiming Mr. Wood was "callous" by suggesting she needed to "break her hymen." *See* Compl. §§21, 24. Your attribution to Mr. Wood when in reality Ms. Greene said it is reckless and egregious conduct.

These text messages make clear that the mid-January night in Las Vegas was consensual and did not result in an assault, battery, or intentional infliction of emotional distress. On February 11, 2018, Ms. Greene explains that she was disappointed when Mr. Wood told her "that night" in Las Vegas that he only wanted to be friends:

> Correct me if I'm wrong, but I feel like you're upset because ***I accused you of using me*** and ***I'm really, really sorry because I feel like I ruined everything***. I just want you to understand things from my perspective. ***You were my first everything, so naturally, I wanted more than just friendship***. And when you told me ***that night***

> in Las Vegas that you didn't feel the same way, I was disappointed and upset. But I've come to terms with how you feel and I really want things to go back to normal because I don't like the way things are right now. ***I totally understand that you don't want to be in a relationship and I respect that. I just can't handle you being upset with me and not responding to me because you are so special to me.***

Many months later, Ms. Greene further reveals on June 28, 2018 that she was in "bad place", "felt ashamed" for "developing feelings" and that she felt like a failure "once ***you realized we weren't going to be able to have sex, you started distancing yourself from me."***

These texts demonstrate a consensual meeting in Las Vegas in mid-January 2018. Contrary to the central allegation in the Complaint, there are NO texts that describe the parties met in Las Vegas anytime thereafter and especially not in "early" February 2018. In addition, Mr. Wood was not in Las Vegas in February 2018 as evidenced by his flight itinerary.

A review of Ms. Greene's text messages establish that the substantive claims are not well-grounded in fact and are frivolous. While not defined under Rule 11, the word "frivolous" is used to "denote a filing that is both baseless and made without a reasonable and competent inquiry." *Holgate v. Baldwin,* 425 F.3d 671, 676 (9th Cir. 2005). Ms. Greene knew full well that this information was baseless. Specifically, she knew the meeting in Las Vegas occurred in mid-January and not early February and that the relationship was consensual. However, you did not review these text messages and failed in your Rule 11 obligation to conduct a reasonable and competent inquiry into the factual allegations. In addition to being frivolous, the Complaint was filed for the improper purpose of continuing to harass Mr. Wood after both Frontier Airlines and the Metropolitan Police Department founds these allegations lacking.

The purpose of Rule 11 sanctions is to "reduce frivolous claims, defenses or motions, and to deter costly meritless maneuvers." *Massengale v. Ray,* 267 F.3d 1298, 1302 (11th Cir. 2001); *see also Salman v. State of Nevada Comm'n on Judicial Discipline,* 104 F. Supp. 2d 1262, 1270 (D. Nev. 2000) ("The main objective of Rule 11 is to deter baseless filings and curb litigation abuses."). Thus, Rule 11 further provides that "[i]f, after notice and a reasonable opportunity to respond, the court determine that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation." FRCP 11.

Based on the foregoing, there is no dispute the Complaint was filed for an "improper purpose" and that you failed to make a reasonable and competent inquiry into the facts before filing the Complaint. Pursuant to FRCP 11(c)(2), this letter serves as notice that Mr. Wood will

file a Motion to Dismiss and a Motion for Sanctions on June 1, 2020 if the Complaint is not dismissed within 21 days.

Thank you for your attention to this matter. Feel free to contact me directly should you have questions or concerns.

Yours truly,

Goodman Law Group, P.C

Ross C. Goodman, Esq.

RCG/tj
Enclosures as stated.

Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@rosscgoodman.com

Attorney for Defendant
BENJAMIN WOOD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICOLE GREENE, an individual,

Plaintiff,

vs.

BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;

Defendants.

Case No. 2:20-cv-00818-JAD-NJK

**DEFENDANT WOOD'S MOTION FOR RULE 11 SANCTIONS**

Defendant BENJAMIN WOOD ("Defendant"), by and through undersigned counsel, files this Motion for Rule 11 sanctions against Plaintiff NICOLE GREENE ("Plaintiff") and her Firm.

/ / /

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

This motion is based upon the following memorandum of points and authorities, the pleadings and papers on file, the exhibits, and any oral argument of counsel to be made at the time of the hearing.

Dated this ___ day of May 2020.

Respectfully submitted,

GOODMAN LAW GROUP, P.C.

*/s/ Ross C. Goodman, Esq.*
ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101

Attorney for Defendant
BENJAMIN WOOD

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**INTRODUCTION**

The parties met while working for Frontier Airlines and had a consensual overnight stay at the crew hotel in Las Vegas, Nevada on January 20, 2018. The next morning Plaintiff texts "Aww, you're so sweet. Yeah, I always have a great time hanging out with you. I wish we could talk things further, but I'll see what I can do about it." The parties did not physically see each other after that night in Las Vegas in mid-January 2018. Plaintiff laments to Defendant "You were my first everything, so naturally, I wanted more than just friendship. And when you told me ***that night in Las Vegas*** that you didn't feel the same way, I was disappointed and upset."

The flight itinerary shows that Defendant did not fly back into Las Vegas after that night through February 2018 and the text messages in February proves that they were not with each other or in Las Vegas. Nonetheless, Plaintiff and counsel ignored these text messages and filed the Complaint on January 31, 2018 and misrepresented the date of the Las Vegas trip as "early"

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

February to avoid the two-year statute of limitations.

It is evident that this action was designed solely to harass, cause embarrassment and danger to Defendant's reputation.  The Complaint is factually baseless, time-barred and filed for an improper purpose warranting Rule 11 sanctions and attorney's fees to remedy this abuse of the legal system.

## II.
## STATEMENT OF FACTS

Plaintiff filed this lawsuit alleging three causes of action against Defendant Benjamin Wood for: (1) assault; (2) battery; and (3) intentional infliction of emotional distress ("IIED"). Plaintiff alleges that the claims giving rise to the action resulted from an overnight stay at a hotel in Las Vegas Nevada.  *See* Compl. §§11-26. Plaintiff is a flight attendant and Defendant is a pilot for Frontier Airlines.  *See* Compl. §§10-11.  They were both in Las Vegas on an "overnight stay" at the Grand Hotel in "early" February.  *See* Compl. §§11-12.  Defendant went to Plaintiff's hotel room.  *See* Compl. §§16.

Contrary to these allegations, the text message describing the meeting in Las Vegas at the Grand Hotel was sent on January 19-20, 2018 and not in "early" February. *See* Text Messages attached as Exhibit 1.  Plaintiff acknowledged that she a "great time" after leaving Defendant's hotel room:

> BW: K. I'm heading to room 1736. I'm gonna change.  Meet me there instead
>
> NG: Okay, I'm on my way up
>
> BW: Did you have fun last night? I wish Id had time to walk you to your car . . .
>
> NG:  Aww, you're so sweet. Yeah, I always have a great time hanging out with you. I wish we could talk things further, but I'll see what I can do about it.

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

*See* Exh. 1.

 Further, the flight itinerary shows that Defendant did not fly back into Las Vegas after that mid-January night through February 2018.  *See* Frontier Airlines Flight Itinerary attached as Exhibit 2. and the text messages in February proves that they were not with each other or in Las Vegas.  It is no surprise that the text messages in "early" February also confirm the parties were not in Las Vegas.  On February 2, 2018, the parties have this exchange:

> NG: "Do you even want to be friends with me? Or are you just using me until a better girl comes along?
>
> BW: I'm at work right now, but where did that come from? Do you feel used?
>
> NG: Alright, well I'm not going to bother you at work.  But yes, I do
>
> BW: Ok, then I sincerely apologize for making you feel that way. I think what you are looking for is not the same as what I am looking for.
>
> NG: What is it that you're looking for?
>
> BW: I am now interested in friendship or if you rather avoid me I understand
>
> NG: No, I don't want to avoid you. I want friendship too.

*See* Exh. 1.

 In stark contrast to non-consensual contact, Plaintiff was seeking to be more than just friends. In addition, Plaintiff one week later is proposing sex as reflected in the following text message from February 9, 2018:

> NG: Hey, sorry I got upset the other day.  I really hope you're doing well. How's your sister and baby?
>
> BW:  No worries. My sister is great and very happy being a mom

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

> NG: That's good to hear. So I went to an OBGYN this morning thinking I would get some answers, but he said everything seemed normal. So now I'm really discouraged
>
> BW: Normal is good
>
> NG Yeah, that's true. But I was hoping he could give me answers as to why you and I keep having problems. ***Putting it bluntly, my hymen is already torn. If you want to try again, maybe we can use alcohol.***

Despite Plaintiff referencing "hymen" and "alcohol", Plaintiff falsely alleges that Defendant suggested that Defendant drink alcohol and "callously" responded that he needed to "break her hymen." *See* Compl. §§21, 24.

On February 11, 2018, Plaintiff laments her relationship with Defendant is only as friends and nothing more involved:

> Correct me if I'm wrong, but I feel like you're upset because ***I accused you of using me*** and ***I'm really, really sorry because I feel like I ruined everything***. I just want you to understand things from my perspective. ***You were my first everything, so naturally, I wanted more than just friendship***. And when you told me ***that night*** in Las Vegas that you didn't feel the same way, I was disappointed and upset. But I've come to terms with how you feel and I really want things to go back to normal because I don't like the way things are right now. ***I totally understand that you don't want to be in a relationship and I respect that. I just can't handle you being upset with me and not responding to me because you are so special to me.***

Many months later, Plaintiff further reveals on June 28, 2018 that she was in "bad place", "felt ashamed" for "developing feelings" and that she felt like a failure "once ***you realized we weren't going to be able to have sex, you started distancing yourself from me."***

Because the Complaint was time-barred and the substantive allegations false, Defendant served Plaintiff's counsel with a Rule 11 letter on May 8, 2020 demanding dismissal of the Complaint. Nonetheless, Plaintiff and counsel refused to dismiss the Complaint.

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

**III.**
**ARGUMENT**

**A. Legal Standard**

Rule 11(b) provides, in relevant part:

> By presenting to the court a pleading, written motion, or other paper – whether by signing, filing, submitting, or later advocating it – an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances: (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; [and] (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery[.]

Fed. R. Civ. P. 11(b)(1)-(3).

"Rule 11 is intended to deter baseless filings in district court and imposes a duty of 'reasonable inquiry' so that anything filed with the court is well grounded in fact, legally tenable, and not interposed for any improper purpose." *Islamic Shura Council of S. Cal. v. Federal Bureau of Investigation,* 757 F.3d 870, 872 (9th Cir. 2014) (per curiam) (internal quotation marks omitted). "One of the fundamental purposes of Rule 11 is to reduce frivolous claims, defenses or motions and to deter costly meritless maneuvers, [thereby] avoid[ing] delay and unnecessary expense in litigation." *Christian v. Mattel, Inc.,* 286 F.3d 1118, 1127 (9th Cir. 2002) (internal quotation marks omitted; first alteration added).

"Among other grounds, a district court may impose Rule 11 sanctions if a paper filed with the court is for an improper purpose, or if it is frivolous." *G.C. & K.B. Invs., Inc. v. Wilson,* 326 F.3d 1096, 1109 (9th Cir. 2003). "Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee." Fed. R. Civ.

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

P. 11(c)(1). When "a complaint is the primary focus of Rule 11 proceedings, a district court must conduct a two-prong inquiry to determine (1) whether the complaint is legally or factually baseless from an objective perspective, and (2) if the attorney has conducted a reasonable and competent inquiry before signing and filing it." *Holgate v. Baldwin,* 425 F.3d 671, 676 (9th Cir. 2005) (internal quotation marks omitted). "As shorthand for this test, [courts] use the word 'frivolous' to denote a filing that is both baseless and made without a reasonable and competent inquiry." Id. (internal quotation marks and emphasis omitted). "[T]he mere existence of one non-frivolous claim in a complaint does not immunize it from Rule 11 sanctions." *Id.* at 677 (internal quotation marks omitted).

**B. All of Plaintiff's Claims are Time-Barred**

The claim for assault, battery and intentional infliction of emotional distress ("IIED") is barred by the two-year statute of limitations.[1] *See* NRS 11.190(4)(c). Specifically, NRS 11.190(4)(c) applies to "an action for libel, slander, ***assault, battery,*** false imprisonment or seduction and NRS 11.190(4)(d) applies to "an action to recover damages for ***injuries to a person*** or for the death of a person caused by the ***wrongful act*** or neglect of another."

Further, a statute-of-limitations defense, if "apparent from the face of the complaint," may properly be raised in a motion to dismiss. *Conerly v. Westinghouse Elec. Corp.,* 623 F.2d 117, 119 (9th Cir.1980). "We accept as true all well-pleaded allegations of material fact" but are not "required to accept as true allegations that contradict exhibits attached to the Complaint or matters properly subject to judicial notice, or allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences." *Daniels–Hall v. Nat'l Educ. Ass'n,* 629 F.3d 992, 998 (9th Cir.2010).

Plaintiff alleges that the claims giving rise to this action resulted from an overnight stay at a hotel in Las Vegas Nevada in "early" February is flatly contradicted by her text messages. The

[1] The causes of action against Defendant Wood is time-barred and will be the subject of a motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

text messages describing the overnight stay occurred on January 19-20, 2018. Nonetheless, Plaintiff deliberately changed the date from the known mid-January timeframe to "early" February to avoid the obvious problem that the Complaint filed on January 31, 2020 was right inside of the statute of limitation expiring resulting in a baseless and frivolous filing.

The text messages clearly show that the parties engaged in consensual contact on January 20, 2018. Plaintiff's counsel should have undertaken a reasonable inquiry to determine these claims were time-barred by the two-year statute of limitations. *See Cervantes Orchards & Vineyards, LLC v. Deere & Co.,* 731 F. App'x 570, 573 (9th Cir. 2017) (affirming district court's imposition of Rule 11 sanctions and noting that claims were frivolous where they "were plainly barred by applicable statutes of limitations."). Here, it cannot be disputed that the Complaint is not well grounded in fact and was made without reasonable and competent inquiry prior to filing.

Under the circumstances, this Court should find Plaintiff's filing of this Complaint was frivolous and filed for an improper purpose of harassing and embarrassing Defendant, thus warranting sanctions against Plaintiff and her firm jointly. *See G.C. & K.B. Investments,* 326 F.3d at 1109 ("a district court may impose Rule 11 sanctions if a paper filed with the court is for an improper purpose, or if it is frivolous"); Fed. R. Civ. P. 11(c)(1) ("Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.").

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

**IV.**

**CONCLUSION**

Based on the foregoing, Defendant requests the Court enter an order of sanctions against Plaintiff and her firm and award reasonable attorney's fees, costs and expenses incurred in filing this motion.

Dated this ___ day of May 2020.

Respectfully submitted,

GOODMAN LAW GROUP, P.C.

*/s/ Ross C. Goodman, Esq.*
ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101

Attorney for Defendant
BENJAMIN WOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of May 2020 I electronically filed the above and foregoing **Defendant's Motion for Rule 11 Sanctions** using the CM/ECF system which will send notice of electronic filing to all CM/EFC registrants.

*/s/ Tiffanie Johannes*
Employee of Goodman Law Group, P.C.

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

# Exhibit 1

Exhibit 1

 4G 40% 14:12

**Nicole Greene**
+1 805-345-6064

I'm here, checking in 00:44

Okay, I'm gonna start heading down to the lobby 00:46

Down... Where are you? 00:46

Still in the parking garage 00:47

K. I'm heading to room 1736. I'm gonna change. Meet me there instead 00:49

Okay, I'm on my way up 00:53

Did you have fun last night? Super cool seeing you

I wish Id had time to walk you to your car... 11:07

Aww, you're so sweet. Yeah, I always have a great time hanging out

with you. I wish we could take things further, but I'll see what I

Enter message

SEND  

4G 39% 14:12
Nicole Greene
+1 805-345-6064
see what I
can do about it 😉
11:21
Friday, February 2, 2018
Hey, how's it going?
13:16
Good, you?
13:17
Pretty good. Just getting ready for work
13:22
Do you even want to be friends with me? Or are you just using me until a better girl comes along?
14:07
I'm at work right now, but where did that come from?
Do you feel used?
14:16
Alright, well I'm not going to bother you at work. But yes, I do
14:27
Ok, then I sincerely apologize

Enter message

SEND

4G 39% 14:12
Nicole Greene
+1 805-345-6064
see what I
can do about it
11:21
Friday, February 2, 2018
Hey, how's it going?
13:16
Good, you?
13:17
Pretty good. Just getting ready for work
13:22
Do you even want to be friends with me? Or are you just using me until a better girl comes along?
14:07
I'm at work right now, but where did that come from?
Do you feel used?
14:16
Alright, well I'm not going to bother you at work. But yes, I do
14:27
Ok, then I sincerely apologize

Enter message



4G 39% 14:13

Nicole Greene
+1 805-345-6064

Ok, then I sincerely apologize for making you feel that way. I think what you are looking for is not the same as what I am looking for. 14:33

What is it that you're looking for? 14:34

I am now interested in friendship. Or if you'd rather avoid me I understand 14:40

No, I don't want to avoid you. I want friendship too 15:15

Thursday, February 8, 2018

Hey, sorry I got upset the other day. I really hope you're doing well. How's your sister and her baby? 14:38

No worries. My sister is great and very happy being a mom 14:40

That's good to hear. So I went to an OBGYN this morning thinking I would get some an-

Enter message

SEND       



  4G 39% 14:13

Nicole Greene
+1 805-345-6064

That's good to hear. So I went to an OBGYN this morning thinking I would get some answers, but he said everything seemed normal. So now I'm really discouraged 😔 14:46

15:34 Normal is good

Yeah, that's true. But I was hoping he could give me answers as to why you and I keep having problems 15:38

Putting it bluntly, my hymen is already torn 15:40

If you want to try again, maybe we can use alcohol 19:50

20:30 Nicole, I want to remain just friends.

Benjamin, you've told me multiple times that you've slept with girls you considered "just friends" 20:31

Sunday, February 11, 2018

Enter message

SEND      



4G 39% 14:13

**Nicole Greene**

+1 805-345-6064

considered just friends 20:31

Sunday, February 11, 2018

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And

VIEW ALL

11:07

I think that's a pretty accurate assessment. I was a bit put off by the whole thing, but I am neither angry nor upset. 21:28

After reflecting on it, I don't think the way things were is good for you at this point in your life, and maybe not for me either. You are an awesome chick, and I respect you greatly. I think it's probably normal and

Enter message

SEND



4G 39% 14:13

**Nicole Greene**
+1 805-345-6064

Sun, Feb 11, 2018 11:07

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And when you told me that night in Las Vegas that you didn't feel the same way, I was disappointed and upset. But I've come to terms with how you feel and I really want things to go back to normal because I don't like the way things are right now. I totally understand that you don't want to be in a relationship and I respect that. I just can't handle you being upset with me and not responding to me because you are so special to me.



4G 38% 14:17

**Nicole Greene**

+1 805-345-6064

during your vacation? 22:04

22:06 Hanging out with the woman and some friends

Thursday, June 28, 2018

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign

VIEW ALL >

For the longest time, I felt so guilty, because once you realized we weren't going to be able to have sex, you started distancing yourself from me and I felt like a failure. Keep in mind, I'm 13 years younger than you and this was my first time in any sort of "relationship" like this. I know I made          



4G 38% 14:17

**Nicole Greene**
+1 805-345-6064

Thu, Jun 28, 2018 13:40

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign blame, but I know for a fact that this situation has a lot to do with it. I felt ashamed that we weren't able to have sex because I felt like that was all you ever wanted and I was letting you down. I felt even more ashamed for developing feelings for you. I did everything I could to try to make this right, including going to a gynecologist, going on birth control, and encouraging you to get tested for STDs.

# Exhibit 2

Exhibit 2

**January Schedule**

**Benjamin Wood(425428)**

**Last Updated Feb 5, 2018 17:18:12 MST**

| | | |
|---|---|---|
| MO | 01 | MCO |
| TU | 02 | DEN |
| WE | 03 | |
| TH | 04 | |
| FR | 05 | |
| SA | 06 | **D3346B**SFO |
| SU | 07 | MCO |
| MO | 08 | - |
| TU | 09 | N/L |
| WE | 10 | |
| TH | 11 | |
| FR | 12 | PAY |
| FR | 12 | **D3170H**ATL |
| SA | 13 | SLC |
| SU | 14 | DEN |
| MO | 15 | |
| TU | 16 | |
| WE | 17 | |
| TH | 18 | |
| FR | 19 | **D3206D**LAS |
| SA | 20 | CVG |
| SU | 21 | PAY |
| MO | 22 | PAY ↓ |
| TU | 23 | + |
| WE | 24 | |
| TH | 25 | |
| FR | 26 | **D3128**ATL |
| SA | 27 | DCA |
| SU | 28 | DEN |
| MO | 29 | |
| TU | 30 | |

| | |
|---|---|
| Block | 64.32 |
| Credit | 90.42 |
| YTD | 136.32 |
| Days Off | 15 |

## Schedule Options:

**D3557 : 30DEC** ONLY ON SAT BSE REPT: 1350L Operates: Dec 30 Only
Base/Equip: DEN/319 CA01FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SA | 30 | | * | 777 | DEN-LAS | 1442 | 1540 | 0158 | 0310 | | | | |
| SA | 30 | | | 1586 | LAS-TPA | 1850 | 0156 | 0406 | | | 0604 | | 0627 |
| D-END: 0211L REPT: 1845L | | | | | | | | | Sheraton | | | | (813)223-2222 |
| SU | 31 | | | 1239 | TPA-MSP | 2100 | 2330 | 0330 | | | 0330 | | 0330 |
| D-END: 2345L REPT: 1017L | | | | | | | | | Best Western Plus | | | | (952)854-8200 |
| MO | 01 | | | 1640 | MSP-MCO | 1146 | 1613 | 0327 | | | 0327 | | 0328 |
| D-END: 1628L REPT: 0552L | | | | | | | | | Hilton Garden Inn | | | | (407)240-3725 |
| TU | 02 | | | 157 | MCO-DSM | 0630 | 0836 | 0306 | 0123 | | | | |
| TU | 02 | | | 157 | DSM-DEN | 0959 | 1029 | 0130 | | | 0436 | | 0519 |
| D-END: 1044L **T.A.F.B.: 6854** | | | | | | | | | | | | | |
| | | | | | | | | | | | **Total: 1737** | **0000** | **1838** |

**Crew:**
CA 408767 Kennedy, John FO 425428 Wood, Benjamin

**D3346B : 06JAN** ONLY ON SAT BSE REPT: 0649L Operates: Jan 6 Only
Base/Equip: DEN/319 CA01FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SA | 06 | N | | NTR | DEN-DEN | 0649 | 0649 | 0000 | 0257 | | | | |
| SA | 06 | | | 657 | DEN-SFO | 0946 | 1130 | 0244 | | | 0244 | | 0252 |
| D-END: 1145L REPT: 2140L | | | | | | | | | Holiday Inn Express SFO A | | | | (650)347-2381 |
| MO | 08 | | | 1740 | SFO-MCO | 0250 | 1039 | 0449 | | | 0449 | | 0526 |
| D-END: 1054L REPT: 0815L | | | | | | | | | Hilton Garden Inn | | | | (407)240-3725 |
| TU | 09 | DH | | 681 | MCO-DEN | 1147 | 1331 | 0419 | | | 0000 | 0419 | 0419 |
| D-END: 1346L **T.A.F.B.: 7857 DHD: 0419** | | | | | | | | | | | | | |
| | | | | | | | | | | | **Total: 0733** | **0419** | **1237** |

**Crew:**
CA 406517 Dolven, Robert FO 425428 Wood, Benjamin

**N/L : 09JAN**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| N/L | 09JAN | 14:00 | 09JAN | 22:09 | 1040 |

**PAY : 12JAN**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| PAY | 12JAN | 06:00 | 12JAN | 06:30 | 0235 |

**D3170H : 12JAN** ONLY ON FRI BSE REPT: 0824L Operates: Jan 12 Only
Base/Equip: DEN/319 FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR | 12 | | | 1158 | DEN-CVG | 0919 | 1351 | 0232 | 0140 | | | | |
| FR | 12 | | | 9205 | CVG-ATL | 1531 | 1736 | 0205 | | | 0437 | | 0446 |
| D-END: 1751L REPT: 1003L | | | | | | | | | TBD | | | | (720)374-4540 |
| SA | 13 | | | 1561 | ATL-SLC | 1043 | 1247 | 0404 | | | 0404 | | 0418 |
| D-END: 1302L REPT: 0430L | | | | | | | | | Radisson Hotel Salt Lake | | | | (801)531-7500 |
| SU | 14 | | * | 572 | SLC-DEN | 0509 | 0635 | 0126 | 0257 | | | | |
| SU | 14 | | | 573 | DEN-SLC | 0932 | 1055 | 0123 | 0039 | | | | |

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SU | 14 | | | 578 | SLC-DEN | 1134 | 1249 | 0115 | | | 0404 | | 0446 |
| | D-END: 1304L | | | **T.A.F.B.: 5240** | **TRIP RIG: 0023** | | | | | | | | |
| | | | | | | | | | | | **Total: 1245** | **0000** | **141[illegible]** |

**Crew:**
FO 425428 Wood, Benjamin

---

**D3206D : 19JAN** ONLY ON FRI BSE REPT: 1003L Operates: Jan 12-Jan 19
Base/Equip: DEN/319 FO01

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR | 19 | N | | NTR | DEN-DEN | 1003 | 1003 | 0000 | 0155 | | | | |
| FR | 19 | | * | 777 | DEN-LAS | 1158 | 1257 | 0159 | 0231 | | | | |
| FR | 19 | | | 1144 | LAS-SAT | 1528 | 2016 | 0248 | 0047 | | | | |
| FR | 19 | | | 1145 | SAT-LAS | 2103 | 2144 | 0241 | | | 0728 | | 075[illegible] |
| | D-END: 2159L REPT: 0942L | | | | | | | | Downtown Grand Hotel & Ca | | | | (702)953-434[illegible] |
| SA | 20 | | | 1686 | LAS-BNA | 1025 | 1604 | 0339 | 0037 | | | | |
| SA | 20 | | * | 1686 | BNA-MCO | 1641 | 1942 | 0201 | 0110 | | | | |
| SA | 20 | | | 1616 | MCO-CVG | 2052 | 2252 | 0200 | | | 0740 | | 080[illegible] |
| | D-END: 2307L REPT: 1138L | | | | | | | | Hilton Cincinnati Airport | | | | (859)371-440[illegible] |
| SU | 21 | | | 649 | CVG-DEN | 1245 | 1355 | 0310 | 0305 | | | | |
| SU | 21 | N | | DUT | DEN-DEN | 1700 | 1907 | 0000 | | | 0310 | | 0310 |
| | D-END: 1907L | | | **T.A.F.B.: 5704** | | | | | | | | | |
| | | | | | | | | | | | **Total: 1818** | **0000** | **190[illegible]** |

**Crew:**
FO 425428 Wood, Benjamin

---

**PAY : 21JAN**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| PAY | 21JAN | 20:00 | 23JAN | 07:11 | 0339 |

---

**D3128 : 26JAN** MON FRI SAT BSE REPT: 0649L Operates: Jan 8-Jan 27
Base/Equip: DEN/319 CA01FO01 EXCEPT ON Jan 13, Jan 15, Jan 20

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR | 26 | | | 657 | DEN-SFO | 0744 | 0928 | 0244 | 0056 | | | | |
| FR | 26 | | | 1532 | SFO-ATL | 1024 | 1742 | 0418 | | | 0702 | | 073[illegible] |
| | D-END: 1757L REPT: 0730L | | | | | | | | Westin | | | | (404)762-767[illegible] |
| SA | 27 | | * | 429 | ATL-DEN | 0808 | 0925 | 0317 | 0201 | | | | |
| SA | 27 | | | 546 | DEN-DCA | 1126 | 1627 | 0301 | | | 0618 | | 070[illegible] |
| | D-END: 1642L REPT: 0615L | | | | | | | | Sheraton | | | | (703)521-190[illegible] |
| SU | 28 | | | 543 | DCA-DEN | 0655 | 0928 | 0433 | | | 0433 | | 043[illegible] |
| | D-END: 0943L | | | **T.A.F.B.: 5054** | | | | | | | | | |
| | | | | | | | | | | | **Total: 1753** | **0000** | **1913** |

**Crew:**
CA 403858 Smith, Tom FO 425428 Wood, Benjamin

## February Schedule

### Benjamin Wood(425428)

### Last Updated Mar 6, 2018 21:05:48 MST

| Day | Date | Pairing | Location |
|---|---|---|---|
| WE | 31 | | |
| TH | 01 | | |
| FR | 02 | **D3112A** | MSP |
| SA | 03 | | MCI |
| SU | 04 | | - |
| MO | 05 | | DEN |
| TU | 06 | | |
| WE | 07 | | |
| TH | 08 | | |
| FR | 09 | **D3201** | ATL |
| SA | 10 | | ATL |
| SU | 11 | | DEN |
| MO | 12 | | |
| TU | 13 | | |
| WE | 14 | | |
| TH | 15 | **D3520** | MSP |
| FR | 16 | | TPA |
| SA | 17 | | PHX |
| SU | 18 | | DEN |
| MO | 19 | | |
| TU | 20 | | |
| WE | 21 | | |
| TH | 22 | | |
| FR | 23 | Sick | |
| SA | 24 | Sick | |
| SU | 25 | Sick | |
| MO | 26 | | |
| TU | 27 | | |
| WE | 28 | | |
| TH | 01 | | |

| | |
|---|---|
| Block | 51.37 |
| Credit | 81.53 |
| YTD | 184.32 |
| Days Off | 19 |

## Schedule Options:

**D3112A : 02FEB** ONLY ON FRI BSE REPT: 0530L Operates: Feb 2 Only
Base/Equip: DEN/319 CA01FO01

| DY DD | DHC | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD | TDUTY/FDP | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR 02 | | 779 | DEN-LAS | 0622 | 0712 | 0150 | 0107 | | | | | | |
| FR 02 | * | 770 | LAS-DEN | 0819 | 1112 | 0153 | 0303 | | | | | | |
| FR 02 | | 462 | DEN-MSP | 1415 | 1716 | 0201 | | | 0544 | | 0606 | 1101/1046 | MSP 1244 |
| D-END: 1731L REPT: 0615L | | | | | | | Holiday Inn & Suites Minn | | | | (952)469-1134 | | |
| SA 03 | | 1236 | MSP-TPA | 0652 | 1142 | 0350 | 0037 | | | | | | |
| SA 03 | | 1211 | TPA-MCI | 1219 | 1402 | 0243 | | | 0633 | | 0645 | 0802/0747 | MCI 2132 |
| D-END: 1417L REPT: 1149L | | | | | | | Hilton Kansas City Airpor | | | | (816)891-8900 | | |
| SU 04 | | 1938 | MCI-RSW | 1637 | 2012 | 0235 | 0045 | | | | | | |
| SU 04 | | 825 | RSW-MCI | 2057 | 2259 | 0302 | 0044 | | | | | | |
| SU 04 | DH | 825 | MCI-DEN | 2343 | 0039 | 0156 | | | 0537 | 0156 | 0751 | 1405/1110 | |
| D-END: 0054L | | **T.A.F.B.: 6724** | | **DHD: 0156** | | | | | | | | | |
| | | | | | | | | | **Total: 1754** | **0156** | **2042** | **3308/2943** | |

**Crew:**
CA 406520 Mitchell, Matthew FO 425428 Wood, Benjamin

**D3201 : 09FEB** SUN TUE FRI BSE REPT: 0824L Operates: Feb 9-Feb 25
Base/Equip: DEN/319 CA01FO01 EXCEPT ON Feb 16, Feb 18, Feb 20

| DY DD | DHC | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD | TDUTY/FDP | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR 09 | | 1158 | DEN-CVG | 0924 | 1422 | 0258 | 0044 | | | | | | |
| FR 09 | | 1158 | CVG-LGA | 1506 | 1656 | 0150 | 0058 | | | | | | |
| FR 09 | | 1465 | LGA-ATL | 1754 | 2035 | 0241 | | | 0729 | | 0801 | 1026/1011 | ATL 1313 |
| D-END: 2050L REPT: 1003L | | | | | | | Westin | | | | (404)762-7676 | | |
| SA 10 | | 1561 | ATL-SLC | 1055 | 1306 | 0411 | 0045 | | | | | | |
| SA 10 | | 1560 | SLC-ATL | 1351 | 1926 | 0335 | | | 0746 | | 0803 | 0938/0923 | ATL 1149 |
| D-END: 1941L REPT: 0730L | | | | | | | Westin | | | | (404)762-7676 | | |
| SU 11 | | 429 | ATL-DEN | 0855 | 1010 | 0315 | | | 0315 | | 0337 | 0455/0440 | |
| D-END: 1025L | | **T.A.F.B.: 5001** | | | | | | | | | | | |
| | | | | | | | | | **Total: 1830** | **0000** | **1941** | **2459/2414** | |

**Crew:**
CA 401399 Schmidt, Keith FO 425428 Wood, Benjamin

**D3520 : 15FEB** ONLY ON THU BSE REPT: 1320L Operates: Feb 15-Feb 22
Base/Equip: DEN/319 CA01FO01

| DY | DD | DHC | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD | TDUTY/FDP | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TH | 15 | | 462 | DEN-MSP | 1451 | 1724 | 0133 | | | 0133 | | 0158 | 0319/0304 | MSP 1236 |
| D-END: 1739L REPT: 0615L | | | | | | | | Best Western Plus | | | | (952)854-8200 | | |
| FR | 16 | * | 1236 | MSP-MSP | 0651 | 0719 | 0028 | 0325 | | | | | | |
| FR | 16 | | 1236 | MSP-TPA | 1044 | 1440 | 0256 | 0054 | | | | | | |
| FR | 16 | | 1211 | TPA-MCI | 1534 | 1717 | 0243 | 0043 | | | | | | |
| FR | 16 | DH | 1214 | MCI-TPA | 1800 | 2133 | 0118 | | | 0607 | 0118 | 0800 | 1433/1102 | TPA 1838 |
| D-END: 2148L REPT: 1626L | | | | | | | | Sheraton | | | | (813)223-2222 | | |
| SA | 17 | | 1879 | TPA-COS | 1704 | 1901 | 0357 | 0047 | | | | | | |

SA 17 1879 COS-PHX 1948 2154 0206 0603 0606 0743/0728 PHX 2103

D-END: 2209L REPT: 1912L Graduate Tempe Hotel (480)968-1877

SU 18 756 PHX-DEN 2207 2337 0130 0130 0157 0440/0425

D-END: 2352L **T.A.F.B.: 8232 DHD: 0118 TRIP RIG: 0400**

**Total: 1513 0118 2201 3015/2559**

**Crew:**

CA 406525 Nolta, Patrick FO 425428 Wood, Benjamin

---

**Sick : 23FEB**

| Activity | Start Date | Start Time | End Date | End Time | Credit |
|---|---|---|---|---|---|
| Sick | 23FEB | 10:53 | 25FEB | 22:50 | 1929 |