Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com

Attorney for Defendant
BENJAMIN WOOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICOLE GREENE, an individual,

Plaintiff,

vs.

BENJAMIN WOOD, an individual; and
FRONTIER AIRLINES, INC., a Foreign
Corporation; DOES 1 through 20,
inclusive; ROE CORPORATIONS, 1
through 20, inclusive;

Defendants.

Case No. 2:20-cv-00818-JAD-NJK

**INDEX OF EXHIBITS**

Exhibit 1 ................................................................................................Text Messages

Exhibit 2 .................................................................................. Frontier Airlines Flight Itinerary

Exhibit 3 .............................................................................. Rule 11 Letter dated May 8, 2020

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088