# Exhibit 1

**TEXT MESSAGES**

# Exhibit 1

## Nicole Greene
+1 805-345-6064

I'm here, checking in — 00:44

Okay, I'm gonna start heading down to the lobby — 00:46

Down... Where are you? — 00:46

Still in the parking garage — 00:47

K. I'm heading to room 1736. I'm gonna change. Meet me there instead — 00:49

Okay, I'm on my way up — 00:53

Did you have fun last night? Super cool seeing you

I wish Id had time to walk you to your car... — 11:07

Aww, you're so sweet. Yeah, I always have a great time hanging out

with you. I wish we could take things further, but I'll see what I

**Nicole Greene**
+1 805-345-6064

see what I can do about it 😏  11:21

― Friday, February 2, 2018 ―

Hey, how's it going?  13:16

Good, you?  13:17

Pretty good. Just getting ready for work  13:22

Do you even want to be friends with me? Or are you just using me until a better girl comes along?  14:07

I'm at work right now, but where did that come from?

Do you feel used?  14:16

Alright, well I'm not going to bother you at work. But yes, I do  14:27

Ok, then I sincerely apologize for making you feel that way

**Nicole Greene**
+1 805-345-6064

see what I can do about it 😏  11:21

*Friday, February 2, 2018*

Hey, how's it going?  13:16

Good, you?  13:17

Pretty good. Just getting ready for work  13:22

Do you even want to be friends with me? Or are you just using me until a better girl comes along?  14:07

I'm at work right now, but where did that come from?

Do you feel used?  14:16

Alright, well I'm not going to bother you at work. But yes, I do  14:27

Ok, then I sincerely apologize for making you feel that way



**Nicole Greene**
+1 805-345-6064

> Ok, then I sincerely apologize for making you feel that way. I think what you are looking for is not the same as what I am looking for.
> 14:33

> What is it that you're looking for?
> 14:34

> I am now interested in friendship. Or if you'd rather avoid me I understand
> 14:40

> No, I don't want to avoid you. I want friendship too
> 15:15

---Thursday, February 8, 2018---

> Hey, sorry I got upset the other day. I really hope you're doing well. How's your sister and her baby?
> 14:38

> No worries. My sister is great and very happy being a mom
> 14:40

> That's good to hear. So I went to an OBGYN this morning thinking I would get some an-

Enter message    SEND

## Nicole Greene
+1 805-345-6064

That's good to hear. So I went to an OBGYN this morning thinking I would get some answers, but he said everything seemed normal. So now I'm really discouraged 😔   14:46

Normal is good   15:34

Yeah, that's true. But I was hoping he could give me answers as to why you and I keep having problems   15:38

Putting it bluntly, my hymen is already torn   15:40

If you want to try again, maybe we can use alcohol   19:50

Nicole, I want to remain just friends.   20:30

Benjamin, you've told me multiple times that you've slept with girls you considered "just friends"   20:31

Sunday, February 11, 2018

**Nicole Greene**
+1 805-345-6064

considered just friends     20:31

*Sunday, February 11, 2018*

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And

VIEW ALL  >

11:07

I think that's a pretty accurate assessment. I was a bit put off by the whole thing, but I am neither angry nor upset.

21:28

After reflecting on it, I don't think the way things were is good for you at this point in your life, and maybe not for me either. You are an awesome chick, and I respect you greatly. I think it's probably normal and

Enter message                 SEND

 

## Nicole Greene
+1 805-345-6064

Sun, Feb 11, 2018 11:07

Correct me if I'm wrong, but I feel like you're upset because I accused you of using me and I'm really, really sorry because I feel like I ruined everything. I just want you to understand things from my perspective. You were my first everything, so naturally, I wanted more than just friendship. And when you told me that night in Las Vegas that you didn't feel the same way, I was disappointed and upset. But I've come to terms with how you feel and I really want things to go back to normal because I don't like the way things are right now. I totally understand that you don't want to be in a relationship and I respect that. I just can't handle you being upset with me and not responding to me because you are so special to me.

4G 38% 14:17

### Nicole Greene
+1 805-345-6064

during your vacation? 22:04

22:06 Hanging out with the woman and some friends

Thursday, June 28, 2018

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign

VIEW ALL >

For the longest time, I felt so guilty, because once you realized we weren't going to be able to have sex, you started distancing yourself from me and I felt like a failure. Keep in mind, I'm 13 years younger than you and this was my first time in any sort of "relationship" like this. I know I made

Enter message    SEND

## Nicole Greene
+1 805-345-6064

Thu, Jun 28, 2018 13:40

I didn't think I'd have to tell you this, but I feel the need to say it because I finally have enough courage to stand up for myself. The past few months, my mental health has been in a really bad place. I have been suffering from anxiety, depression, and suicidal thoughts. I'm not trying to assign blame, but I know for a fact that this situation has a lot to do with it. I felt ashamed that we weren't able to have sex because I felt like that was all you ever wanted and I was letting you down. I felt even more ashamed for developing feelings for you. I did everything I could to try to make this right, including going to a gynecologist, going on birth control, and encouraging you to get tested for STDs.