# Exhibit 2

**FRONTIER AIRLINES**

**FLIGHT ITINERARY**

# Exhibit 2

# January Schedule

**Benjamin Wood(425428)**

Last Updated Feb 5, 2018 17:18:12 MST

## D3557 : 30DEC — ONLY ON SAT
Base/Equip: DEN/319  CA01FO01  
BSE REPT: 1350L   Operates: Dec 30 Only

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|----|----|----|---|-------|---------|------|------|------|------|----|------|------|------|
| SA | 30 |    |   | 777   | DEN-LAS | 1442 | 1540 | 0158 | 0310 |    | 0604 |      | 0622 |
| SA | 30 |    | * | 1586  | LAS-TPA | 1850 | 0156 | 0406 |      | Sheraton | | | (813)223-2222 |
|    |    |    |   | D-END: 0211L REPT: 1845L | | | | | | | | | 0330 |
| SU | 31 |    |   | 1239  | TPA-MSP | 2100 | 2330 | 0330 |      | Best Western Plus | 0330 | | (952)854-8200 |
|    |    |    |   | D-END: 2345L REPT: 1017L | | | | | | | | | 0327 |
| MO | 01 |    |   | 1640  | MSP-MCO | 1146 | 1613 | 0327 |      | Hilton Garden Inn | 0327 | | (407)240-3725 |
|    |    |    |   | D-END: 1628L REPT: 0552L | | | | | | 0123 | | | |
| TU | 02 |    |   | 157   | MCO-DSM | 0630 | 0836 | 0306 | | | | | 0511 |
| TU | 02 |    |   | 157   | DSM-DEN | 0959 | 1029 | 0130 | | | 0436 | | 1838 |
|    |    |    |   | D-END: 1044L  T.A.F.B.: 6854 | | | | | | Total: 1737 | 0000 | |

Crew:   CA 408767 Kennedy, John   FO 425428 Wood, Benjamin

## D3346B : 06JAN — ONLY ON SAT
Base/Equip: DEN/319  CA01FO01  
BSE REPT: 0649L   Operates: Jan 6 Only

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|----|----|----|---|-------|---------|------|------|------|------|----|------|------|------|
| SA | 06 | N  |   | NTR   | DEN-DEN | 0649 | 0649 | 0000 | 0257 | | 0244 | | 0255 |
| SA | 06 |    |   | 657   | DEN-SFO | 0946 | 1130 | 0244 |      | Holiday Inn Express SFO A | 0449 | | (650)347-2381 |
|    |    |    |   | D-END: 1145L REPT: 2140L | | | | | | | | | 0522 |
| MO | 08 |    |   | 1740  | SFO-MCO | 0250 | 1039 | 0449 |      | Hilton Garden Inn | | | (407)240-3725 |
|    |    |    |   | D-END: 1054L REPT: 0815L | | | | | | 0000 | | | 0419 |
| TU | 09 | DH |   | 681   | MCO-DEN | 1147 | 1331 | 0419 | | | | 0419 | 1237 |
|    |    |    |   | D-END: 1346L  T.A.F.B.: 7857   DHD: 0419 | | | | | | Total: 0733 | 0419 | |

Crew:   CA 406517 Dolven, Robert   FO 425428 Wood, Benjamin

N/L : 09JAN  
**ActivityStart DateStart TimeEnd DateEnd TimeCredit**  
N/L   09JAN    14:00   09JAN    22:09    1040

PAY : 12JAN  
**ActivityStart DateStart TimeEnd DateEnd TimeCredit**  
PAY   12JAN    06:00   12JAN    06:30    0235

## D3170H : 12JAN — ONLY ON FRI
Base/Equip: DEN/319  FO01  
BSE REPT: 0824L   Operates: Jan 12 Only

| DY | DD | DH | C | FLTNO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCRD |
|----|----|----|---|-------|---------|------|------|------|------|----|------|------|------|
| FR | 12 |    |   | 1158  | DEN-CVG | 0919 | 1351 | 0232 | 0140 | | 0437 | | 0446 |
| FR | 12 |    |   | 9205  | CVG-ATL | 1531 | 1736 | 0205 |      | TBD | | | (720)374-4540 |
|    |    |    |   | D-END: 1751L REPT: 1003L | | | | | | | | | 0418 |
| SA | 13 |    |   | 1561  | ATL-SLC | 1043 | 1247 | 0404 |      | Radisson Hotel Salt Lake | 0404 | | (801)531-7500 |
|    |    |    |   | D-END: 1302L REPT: 0430L | | | | | | 0257 | | | |
| SU | 14 |    | * | 572   | SLC-DEN | 0509 | 0635 | 0126 | | | | | |
| SU | 14 |    |   | 573   | DEN-SLC | 0932 | 1055 | 0123 | 0039 | | | | |

| | |
|---|---|
| Block | 64.32 |
| Credit | 90.42 |
| YTD | 136.32 |
| Days Off | 15 |

## Schedule Options:

▶

```
SU  14        578       SLC-DEN       1134   1249        0115                              0404      0446
    D-END: 1304L  T.A.F.B.: 5240   TRIP RIG: 0023                                    Total: 1245     1413   0000

Crew:
    FO 425428  Wood, Benjamin

D3206D : 19JAN        ONLY ON FRI                   BSE REPT: 1003L          Operates: Jan 12-Jan 19
Base/Equip: DEN/319      FO01
DY DD DH C   FLTNO   DPS-ARS     DEPL    ARRL   BLKT    GRNT    OA          TBLK    TDHD    TCRD
FR  19  N     NTR    DEN-DEN     1003    1003   0000    0155
FR  19  *     777    DEN-LAS     1158    1257   0159    0231                                        0755
FR  19        1144   LAS-SAT     1528    2016   0248    0047                                (702)953-4343
FR  19        1145   SAT-LAS     2103    2144   0241                        0728
    D-END: 2159L REPT: 0942L                                   Downtown Grand Hotel & Ca
SA  20        1686   LAS-BNA     1025    1604   0339    0037                                        0802
SA  20  *     1686   BNA-MCO     1641    1942   0201    0110                                (859)371-4400
SA  20        1616   MCO-CVG     2052    2252   0200                        0740
    D-END: 2307L REPT: 1138L                                   Hilton Cincinnati Airport
SU  21        649    CVG-DEN     1245    1355   0310    0305                0310                    0310
SU  21  N     DUT    DEN-DEN     1700    1907   0000                                                1904
    D-END: 1907L  T.A.F.B.: 5704                                            Total: 1818    0000

Crew:
    FO 425428  Wood, Benjamin

PAY : 21JAN
ActivityStart DateStart TimeEnd DateEnd TimeCredit
PAY  21JAN    20:00    23JAN   07:11   0339

D3128 : 26JAN         MON FRI SAT                    BSE REPT: 0649L            Operates: Jan 8-Jan 27
Base/Equip: DEN/319    CA01FO01                      EXCEPT ON Jan 13, Jan 15, Jan 20
DY DD DH C   FLTNO   DPS-ARS     DEPL    ARRL   BLKT    GRNT    OA           TBLK    TDHD    TCRD
FR  26        657    DEN-SFO     0744    0928   0244    0056                                        0737
FR  26        1532   SFO-ATL     1024    1742   0418                         0702          (404)762-7676
    D-END: 1757L REPT: 0730L                                    Westin
SA  27  *     429    ATL-DEN     0808    0925   0317    0201                                        0703
SA  27        546    DEN-DCA     1126    1627   0301                         0618          (703)521-1900
    D-END: 1642L REPT: 0615L                                    Sheraton
SU  28        543    DCA-DEN     0655    0928   0433                         0433                   0433
    D-END: 0943L  T.A.F.B.: 5054                                             Total: 1753   0000     1913

Crew:
    CA 403858  Smith, Tom      FO  425428  Wood, Benjamin
```

# February Schedule

**Benjamin Wood (425428)**

Last Updated Mar 6, 2018 21:05:48 MST

## D3112A : 02FEB  ONLY ON FRI  BSE REPT: 0530L  Operates: Feb 2 Only
Base/Equip: DEN/319  CA01FO01

| DY | DD | DH | CFLT | NO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCR | DTDUTY/FDPLAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR 02 | | | 779 | | DEN-LAS | 0622 | 0712 | 0150 | 0107 | | | | | |
| FR 02 | | | *770 | | LAS-DEN | 0819 | 1112 | 0153 | 0303 | | | | | |
| FR 02 | | | 462 | | DEN-MSP | 1415 | 1716 | 0201 | | | | | 0606 1101/1046 | MSP 1244 |
| | | | D-END: 1731L REPT: 0615L | | | | | | | Holiday Inn & Suites Minn | | | (952)469-1134 | |
| SA 03 | | | 1236 | | MSP-TPA | 0652 | 1142 | 0350 | 0037 | | | | | |
| SA 03 | | | 1211 | | TPA-MCI | 1219 | 1402 | 0243 | | | | | 0645 0802/0747 | MCI 2132 |
| | | | D-END: 1417L REPT: 1149L | | | | | | | Hilton Kansas City Airpor | | | (816)891-8900 | |
| SU 04 | | | 1938 | | MCI-RSW | 1637 | 2012 | 0235 | 0045 | | | | | |
| SU 04 | | | 825 | | RSW-MCI | 2057 | 2259 | 0302 | 0044 | | | | | |
| SU 04 DH | | | 825 | | MCI-DEN | 2343 | 0039 | 0156 | | | 0537 | 0156 | 0751 1405/1110 | |
| | | | D-END: 0054L  T.A.F.B.: 6724 | | | | DHD: 0156 | | | | Total: 1754 | 0156 | 2042  3308/2943 | |

Crew:  CA 406520 Mitchell, Matthew  FO 425428 Wood, Benjamin

## D3201 : 09FEB  SUN TUE FRI  BSE REPT: 0824L  Operates: Feb 9-Feb 25
Base/Equip: DEN/319  CA01FO01  EXCEPT ON Feb 16, Feb 18, Feb 20

| DY | DD | DH | CFLT | NO | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBLK | TDHD | TCR | DTDUTY/FDPLAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FR 09 | | | 1158 | | DEN-CVG | 0924 | 1422 | 0258 | 0044 | | | | | |
| FR 09 | | | 1158 | | CVG-LGA | 1506 | 1656 | 0150 | 0058 | | | | | |
| FR 09 | | | 1465 | | LGA-ATL | 1754 | 2035 | 0241 | | | 0729 | | 0801 1026/1011 | ATL 1313 |
| | | | D-END: 2050L REPT: 1003L | | | | | | Westin | | | | (404)762-7676 | |
| SA 10 | | | 1561 | | ATL-SLC | 1055 | 1306 | 0411 | 0045 | | | | | |
| SA 10 | | | 1560 | | SLC-ATL | 1351 | 1926 | 0335 | | | 0746 | | 0803 0938/0923 | ATL 1149 |
| | | | D-END: 1941L REPT: 0730L | | | | | | Westin | | | | (404)762-7676 | |
| SU 11 | | | 429 | | ATL-DEN | 0855 | 1010 | 0315 | | | 0315 | | 0337 0455/0440 | |
| | | | D-END: 1025L  T.A.F.B.: 5001 | | | | | | | | Total: 1830 | 0000 | 1941 2459/2414 | |

Crew:  CA 401399 Schmidt, Keith  FO 425428 Wood, Benjamin

## D3520 : 15FEB  ONLY ON THU  BSE REPT: 1320L  Operates: Feb 15-Feb 22
Base/Equip: DEN/319  CA01FO01

| D | DD | DH | FLTN | O | DPS-ARS | DEPL | ARRL | BLKT | GRNT | OA | TBL | TDH | TCR TDUTY/F | LAYOVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | K | D | D  DP | R |
| T 15 | | | 462 | | DEN-MSP | 1451 | 1724 | 0133 | | | 0133 | | 0158 0319/0304 | MSP 1236 |
| H | | | | | | | | | | Best Western Plus | | | (952)854-8200 | |
| | | | D-END: 1739L REPT: 0615L | | | | | | | | | | | |
| FR 16 | * | | 1236 | | MSP-MSP | 0651 | 0719 | 0028 | 0325 | | | | | |
| FR 16 | | | 1236 | | MSP-TPA | 1044 | 1440 | 0256 | 0054 | | | | | |
| FR 16 | | | 1211 | | TPA-MCI | 1534 | 1717 | 0243 | 0043 | | | | | |
| FR 16 DH | | | 1214 | | MCI-TPA | 1800 | 2133 | 0118 | | | 0607 | 0118 | 0800 1433/1102 | TPA 1838 |
| | | | | | | | | | | Sheraton | | | (813)223-2222 | |
| | | | D-END: 2148L REPT: 1626L | | | | | | | | | | | |
| S 17 | | | 1879 | | TPA-COS | 1704 | 1901 | 0357 | 0047 | | | | | |

| Day | |
|---|---|
| WE 31 | |
| TH 01 | |
| FR 02 | **D3112A** MSP |
| SA 03 | MCI |
| SU 04 | - |
| MO 05 | DEN |
| TU 06 | |
| WE 07 | |
| TH 08 | |
| FR 09 | **D3201** ATL |
| SA 10 | ATL |
| SU 11 | DEN |
| MO 12 | |
| TU 13 | |
| WE 14 | |
| TH 15 | **D3520** MSP |
| FR 16 | TPA |
| SA 17 | PHX |
| SU 18 | DEN |
| MO 19 | |
| TU 20 | |
| WE 21 | |
| TH 22 | |
| FR 23 | Sick |
| SA 24 | Sick |
| SU 25 | Sick |
| MO 26 | |
| TU 27 | |
| WE 28 | |
| TH 01 | |

Block  51.37
Credit  81.53
YTD  184.32
Days Off  19

## Schedule Options:

[ ▶ ]

```
S  17    1879  COS-PHX  1948  2154  0206                          0603                      0606 0743/0728  PHX 2103
A  D-END: 2209L  REPT: 1912L                              Graduate Tempe Hotel  (480)968-1877
S  18     756   PHX-DEN  2207  2337  0130                          0130                      0157 0440/0425
U  D-END: 2352L   T.A.F.B.: 8232  DHD: 0118  TRIP
   RIG: 0400
                                                        Total: 1513  0118    2201 3015/2559
Crew:
        CA  406525  Nolta, Patrick     FO  425428  Wood, Benjamin

Sick : 23FEB
ActivityStart DateStart TimeEnd DateEnd TimeCredit
Sick     23FEB    10:53    25FEB    22:50    1929
```