Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com

Attorney for Defendant
BENJAMIN WOOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE GREENE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>Defendants. | Case No. 2:20-cv-00818-JAD-NJK<br><br>**CERTIFICATE OF SERVICE** |

I certify that on June 3, 2020, I served copies of **DEFENDANT WOOD'S MOTION FOR RULE 11 SANCTIONS, INDEX & EXHIBITS** on the following parties via United State First Class Mail, prepaid postage affixed thereto, on the following parties:

    Nicole Greene
    1350 Kelso Dune Ave., Unit 526
    Henderson, Nevada 89014

                                            */s/ Tiffanie Johannes*
                                            An Employee of the Goodman Law Group

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088