ROGER GRANDGENETT, ESQ., Bar # 6323
AMY THOMPSON, ESQ., Bar # 11907
KELSEY STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       rgrandgenett@littler.com
             athompson@littler.com
             kstegall@littler.com

Attorneys for Defendant
FRONTIER AIRLINES, INC.

Ross C. Goodman, Esq., Bar # 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@rosscgoodman.com

Attorney for Defendant Benjamin Wood

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE GREENE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN WOOD, an Individual; and FRONTIER AIRLINES, INC., a Foreign Corporation; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>　　　　Defendant. | Case No. 2:20-cv-00818-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>ECF Nos. 8, 9, 14, 19 |

Defendants FRONTIER AIRLINES, INC., and BENJAMIN WOOD, by and through their undersigned counsel, and Plaintiff NICOLE GREENE (Pro Se), hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: June 3, 2020

Respectfully submitted,

/s/ Nicole Greene

NICOLE GREENE (Pro Se)
Plaintiff

Dated: June 5, 2020

Respectfully submitted,

/s/ Ross C. Goodman, Esq.

ROSS C. GOODMAN, ESQ.
Attorney for Defendant
BENJAMIN WOOD

Dated: June 5, 2020

Respectfully submitted,

ROGER GRANDGENETT, ESQ.
AMY THOMPSON, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FRONTIER AIRLINES, INC.

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 8, 9, 14]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 8, 2020